TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

**********************************
UNITED STATES

-v.-

MICHAEL RIZZI, aka "Bruce"

**********************************


16 M 487
Docket Number

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Jennifer Carapiet
Firm Name: USAO EDNY
Address: 271 Cadman Plaza E

Phone Number: 718 254 6402
E-Mail Address: jennifer.carapiet@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ✓ NO
If yes, state description of document to be entered on docket sheet:

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to t___ ___ service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

_____     _____
DATE                    SIGNATURE

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn    NEW YORK    5/20/16

U.S. ___8)KUO___  ___ATE JUDGE___   DATE

RECE