UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MICHAEL RIZZI,

           Defendant.

- - - - - - - - - - - - - - -X

UNSEALING ORDER

Docket No. <u>16-M-487</u>

     Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jennifer S. Carapiet, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

     WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
          May 24, 2016

S/ Pohorelsky

_____
HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK