# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __16M 487__
2) Defendant's Name: __Rizzi__ (Last) __Michael__ (First) _____ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: __5/24/16__
10) Detention Hearing Held: ____  Bail set at: __$500,000__  ROR Entered: ____  POD Entered: ____
11) Temporary Order of Detention Entered: ____   Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____ ; or waived: ✓

    (b) Removal Hearing set for: _____ ; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Jennifer Carapiet__
14) DEFENSE COUNSEL'S NAME: __Javier Solano__
    Address: _____
    Bar Code: _____ CJA: ____ FDNY: ____ RET: ✓
    Telephone Number: (___) _____

15) LOG #: __2:42 - 3:10__   MAG. JUDGE: __Pohorelsky__
    2nd call  3:23 - 3:32
16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    ✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: __Gov't requests a $500,000 bond with properties. Defense counsel request that deft be release pending satisfaction of bond. Court set bond + released the defendant.__

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE