# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

MICHAEL RIZZI
**Defendant.**

NOTICE OF APPEARANCE

Docket Number: 16 M 487

Judge:

Date: 5/24/16

PLEASE NOTICE, that I have been RETAINED by MICHAEL RIZZI the above named defendant. I was admitted to practice in this district on 1997.

Signature: [signature]
Print Name: JAVIER A. SOLANO
Bar Code: JS1459
Office Address: 350 5th Ave. #5900
NY NY 10118
Telephone #: (212) 714-6600

*** NOTICE TO ATTORNEY***

\*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.