TJS:JSC/EDP
F. #2016R01078

FILED
CLERK

2016 JUN 21  PM 3:56

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL RIZZI,
    also known as "Bruce,"

                    Defendant.

- - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. **CR 16   00342**
(T. 18, U.S.C., §§ 1952(a)(1)(A),
1952(a)(3)(A), 1956(h), 981(a)(1)(C),
982(a)(1), 982(b), 2 and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

**AMON, J.**

**ORENSTEIN, M.J.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Promotion of Prostitution)

1.    In or about and between June 2012 and May 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL RIZZI, also known as "Bruce," together with others, did knowingly and intentionally use one or more facilities in interstate and foreign commerce, to wit: one or more telephones, access devices and the internet, with intent to distribute the proceeds of and promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of unlawful activity, to wit: a business enterprise involving prostitution, in violation of the laws of the State of New York, to wit: promoting prostitution in the third degree, in violation of New York Penal Law Sections 230.25(1) and 20.00, and promoting prostitution in the fourth degree, in violation of New York Penal Law Sections

2

230.20 and 20.00, and thereafter perform and attempt to perform the distribution of proceeds of, and promotion, management, establishment, carrying on and facilitation of, such unlawful activity.

(Title 18, United States Code, Sections 1952(a)(1)(A), 1952(a)(3)(A), 2 and 3551 et seq.)

## COUNT TWO
(Money Laundering Conspiracy)

2.  In or about and between June 2012 and May 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL RIZZI, also known as "Bruce," together with others, did knowingly and intentionally conspire to conduct one or more financial transactions in and affecting interstate and foreign commerce, to wit: checks, deposits and transfers of funds, which transactions in fact involved the proceeds of specified unlawful activity, to wit: the use of facilities in interstate and foreign commerce to distribute the proceeds of, and to promote, a business enterprise involving prostitution in violation of Title 18, United States Code, Sections 1952(a)(1)(A) and (a)(3)(A), knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and with the intent to promote the carrying on of said specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(A)(i).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

3

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT ONE

3. The United States hereby gives notice to the defendant MICHAEL RIZZI, also known as "Bruce," that, upon his conviction of Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Count One, including but not limited to the following:

      a.    approximately fifty-eight (58) domain names registered with GoDaddy.com, Inc., seized pursuant to a court-authorized seizure warrant on or about May 20, 2016, and all proceeds traceable thereto ("the 58 Websites");

      b.    any and all funds on deposit in Electronic Merchant Systems Merchant Account for BJM Consulting d/b/a Manhattan Stakes Entertainment and/or Michael Rizzi Merchant # xxx377994, and any and all related accounts up to and including the sum of one hundred twenty thousand two hundred and forty-seven dollars and zero cents ($120,247.00), seized pursuant to a court-authorized seizure warrant on or about May 27, 2016, and all proceeds traceable thereto ("the EMS Accounts"); and

      c.    real property and premises known as 557 NW 39th Circle, Boca Raton, Florida 33431, title to which is held in the name of Michael Rizzi; and all proceeds traceable thereto ("the Florida Property").

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

4

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation, including but not limited to, any and all pension, annuity, disability payments or other benefits to which defendant may be entitled as result of his employment as a retired New York City Police Officer, and any and all proceeds traceable thereto ("the Retired Police Officer Benefits").

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c)).

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT TWO

5.      The United States hereby gives notice to the defendant MICHAEL RIZZI, also known as "Bruce," that, upon his conviction of Count Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(1), of any property, real or personal, involved in a violation of Count Two, or any property traceable to such property, including but not limited to the following:

5

      a.      the 58 Websites; and

      b.      the Florida Property.

6.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation, including but not limited to: (1) the EMS Accounts; and (2) the Retired Police Officer Benefits.

(Title 18, United States Code, Sections 982(a)(1) and 982(b); Title 21, United States Code, Section 853(p)).

                                                                     A TRUE BILL

                                                                      FOREPERSON

ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2016R01078
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*MICHAEL RIZZI,*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 1952(a)(1)(A), 1952(a)(3)(A), 1956(h), 981(a)(1)(C), 982(a)(1), 982(b), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

A true bill.

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

*Jennifer Carapiet, Assistant U.S. Attorney (718) 254-6402*