F. #2014R01020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                         16-CR-342 (CBA)

MICHAEL RIZZI,
    also known as "Bruce,"

            Defendant.
- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Jennifer S. Carapiet from this point forward will be added as counsel in the above-captioned matter.

       Future correspondence to the United States in the above-captioned matter should also be sent to:

       Assistant U.S. Attorney Jennifer S. Carapiet
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Brooklyn, New York 11201
       Tel: (718) 254-6402
       Fax: (718) 254-6076
       Email: Jennifer.Carapiet@usdoj.gov

   In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Jennifer S. Carapiet at the email address set forth above.

Dated: Brooklyn, New York
    June 23, 2016

              Respectfully submitted,

              ROBERT L. CAPERS
              United States Attorney

          By: /s/ Jennifer S. Carapiet
              Jennifer S. Carapiet
              Assistant U.S. Attorney

cc: Clerk of the Court (by ECF)