

F#2016R01078

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ JUN 24 2016 ★

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

225 Cadman Plaza East
Brooklyn, New York 11201

June 22, 2016

Re: U.S. vs. Michael Rizzi
<u>Criminal Docket No. Cr-16-0342</u>

Dear Mr. Michael Rizzi:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Thursday, **June 30, 2016 at 11:00 am.** Please report to A. Simon Chrein Arraignment Courtroom 2A south wing 2nd floor, at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 219, 2nd floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

ROBERT L. CAPERS
UNITED STATES ATTORNEY

By:   B. Lewis-Jenkins
      Grand Jury Coordinator

CC: Hon. Carol B. Amon (Magistrate Tiscione will accept the plea)

Jennifer Carapiet
Assistant U.S. Attorney

Javier A. Solano, Esq.

Pretrial Officer