```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

UNITED STATES OF AMERICA,
                                              NOTICE OF APPEARANCE
            -against-
                                              16 CR 342 (CBA)


MICHAEL RIZZI,

                            Defendant.

----------------------------------------- X
```

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant, **MICHAEL RIZZI**. I hereby certify that I am admitted to practice in this Court.

Dated:    Brooklyn, New York
          June 29, 2016

                              Respectfully submitted,

                              _____
                              Michael P. Kushner, Esq.

                              KUSHNER LAW GROUP, PLLC
                              16 Court Street, Suite 2901
                              Brooklyn, New York 11241

                              718.504.1440 (telephone)
                              718.504.4630 (facsimile)
                              917.599.6117 (cellular)

                              mk@kushlawgroup.com