## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   STEVEN TISCIONE   **DATE :**   6/29/2016

**DOCKET NUMBER:**   16-CR-342(CBA)   LOG # :   2:08 - 2:10

**DEFENDANT'S NAME :**   MICHAEL RIZZI
   _X_ Present   ___ Not Present   ___ Custody   _X_ Bail

**DEFENSE COUNSEL:**   JAVIER SOLANO
   ___ Federal Defender   ___ CJA   _X_ Retained

**A.U.S.A:**  **JENNIFER CARAPIET**   **DEPUTY CLERK :**   **M. SICA**

**INTERPRETER :** _____   (Language) _____

_ARRAIGNMENT_ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start _____   Stop _____

_X_ Order of Speedy Trial entered.   Code Type _XT_   Start 6/29/16   Stop 7/7/16

___ Defendant's first appearance.   _X_ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

_X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_X_ Status conference set for 7/7/16 @ 4:00 before Judge **AMON**

OTHERS : Reassign Magistrate Judge