SLR:BGK:CSK
F#2016R01078

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

MICHAEL RIZZI,
       Also known as "Bruce,"

            Defendant.
- - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

16-CR-00342 (CBA)

       PLEASE TAKE NOTICE that Assistant United States Attorney Claire S. Kedeshian from this point forward will be an additional Assistant United States Attorney in the above-captioned action.

       All future correspondence to the United States in the above-captioned action should also be sent to:

       Assistant United States Attorney Claire S. Kedeshian
       United States Attorney's Office
       Civil Division, Asset Forfeiture Unit
       271 Cadman Plaza East, 7th Floor
       Brooklyn, New York 11201
       Tel: (718) 254-6051
       Fax: (718) 254-6081
       Email: claire.kedeshian@usdoj.gov

In addition, the Clerk of Court is respectfully requested to ensure that all future ECF notifications are also sent to Assistant United States Attorney Claire S. Kedeshian at the email address set forth above.

Dated:    Brooklyn, New York
          July  8, 2016

                                        Respectfully submitted,

                                        ROBERT L. CAPERS
                                        United States Attorney

                                        *Claire S. Kedeshian*
                                By:    _____
                                        Claire S. Kedeshian
                                        Assistant U.S. Attorney
                                        (718) 254-6051

cc: Clerk of Court