UNITED STATED DISTRICT COURT EASTERN DISTRICT OF NEW YORK **BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 7/7/16                             TIME: 4:13-4:23

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR16-00342

DEFENDANT: Michael Rizzi- b            ATTORNEY: Michael Kushner, Esq.

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

ASSISTANT U.S. ATTORNEY: Jennifer Carapiet

INTERPRETER:                            COURT REPORTER: Georgette Betts

PROBATION OFFICER:

PRETRIAL OFFICERS:                      DEPUTY: V. Holley

Govt will issue partial discovery by 7/15/16. Discovery will be complete before motions are due.

Motion schedule set as follows: dft's submission 8/1/16; govt's response 8/15/16.

O/A set for 8/22/16 at noon.

OED ent'd (plea discussions).