

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JSC
F. #2016R01078

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2016

<u>By Federal Express</u>

Javier A. Solano, Esq.
350 Fifth Avenue, Suite 5900
New York, New York 10118

      Re:    <u>United States v. Michael Rizzi</u>
              <u>Criminal Docket No. 16-342 (CBA)</u>

Dear Mr. Solano:

      Enclosed please find the second production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

      Contained in this production are various statements made by the defendant on business and tax documents, *inter alia*. The government will continue to produce other statements of the defendant in forthcoming productions.

      You will find on the enclosed disc:

- Subpoena returns from: American Express, Bates stamped RIZZI 000201-000211; GoDaddy, Bates stamped RIZZI 000306-001487; and Tollfreeforwarding.com, Bates stamped RIZZI 001661-001665;

- Copies of checks issued by Manhattan Stakes Entertainment, Icon Media LLC and BJM Consulting LLC, Bates stamped RIZZI 000212-000xxx;

- An Electronic Merchant Systems signed seizure warrant and accompanying affidavit, Bates stamped RIZZI 000255-000263;

- A signed seizure warrant for the fifty-eight domain names registered with GoDaddy.com, associated with the defendant and his enterprise, and the accompanying affidavit and Attachment, Bates stamped RIZZI 000264-000305;

2

- Paychex and corresponding tax documentation for BJM Consulting, Bates stamped RIZZI 001488-001660.

                Very truly yours,

                ROBERT L. CAPERS
                United States Attorney

By:   /s/ Jennifer Sasso Carapiet
       Jennifer Sasso Carapiet
       Assistant U.S. Attorney
       (718) 254-6402

Enclosures

cc:    Clerk of the Court (CBA) (by ECF) (without enclosures)