

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JSC
F. #2016R01078

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2016

By Federal Express

Javier A. Solano, Esq.
350 Fifth Avenue, Suite 5900
New York, New York 10118

      Re:    United States v. Michael Rizzi
                Criminal Docket No. 16-342 (CBA)

Dear Mr. Solano:

      Enclosed please find the third production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

      Contained in this production are various statements made by the defendant in email and on business documents, *inter alia*. The government will continue to produce other statements of the defendant in forthcoming productions.

      You will find on the enclosed disc:

- Copies of subpoena returns pertaining to the modelsofNYC@yahoo.com email account, including emails, Bates stamped RIZZI 001666-095586, and other related documents, Bates stamped RIZZI 101437-101440, and pertaining to grizzlee209@aol.com, Bates stamped RIZZI 101642-102660;

- Copies of subpoena returns from: Electronic Merchant Systems, Bates stamped RIZZI 095587-095846; and TD Bank, Bates stamped RIZZI 095909-101236;

- A New York City Police Department Intelligence report on the defendant, Bates stamped RIZZI 101307;

- Documents pertaining to the defendant's Florida property, Bates stamped RIZZI 095847-095908, and other property, Bates stamped RIZZI 101308-101336, RIZZI 101441-101467, and RIZZI 101468-101494;

- AT&T reports, Bates stamped RIZZI 101337A, 101337-101436;

- Credit reports pertaining to the defendant and his related businesses, Bates stamped RIZZI 101495-101607, RIZZI 101608-101641, and RIZZI 102661-102699;

- Screenshots taken of websites associated with the defendant's prostitution business, Bates stamped RIZZI 101237-101306.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Jennifer Sasso Carapiet
Jennifer Sasso Carapiet
Assistant U.S. Attorney
(718) 254-6402

Enclosures

cc:    Clerk of the Court (CBA) (by ECF) (without enclosures)