# Law Offices of Javier A. Solano, PLLC

The Empire State Building
350 Fifth Avenue, Suite 5900
New York, N.Y. 10118

Tel. (212) 714-6600   JSolano@SolanoLegal.com   Fax (718) 307-6490
www.SolanoLegal.com

July 29, 2016

**By Fax – 718-613-2416**

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Michael Rizzi; 16-cr-342 (CBA)

Your Honor,

This office represents Michael Rizzi in connection with the above-referenced matter. I write with the consent of the Government to request an extension of the parties' motion schedule. Defense motions are due August 1 and the Government is to respond by August 15. The parties request that defense motions be due on August 29 and the Government to respond by September 12. The Court had originally scheduled Oral Argument on the motions to be held on August 22; however this conference was recently rescheduled at the Court's request to August 15. The parties accordingly would request that a date for oral argument be scheduled at the August 15, conference.

This request is necessary because on July 27 the Government made its third production of discovery that consists of approximately 100,000 additional pages of documents, video recordings, and related materials. This request is also necessary because of previously scheduled vacations for counsel for Mr. Rizzi. The parties thank the Court for its attention to this request.

Respectfully submitted,

Michael P. Kushner, Esq.
*Of Counsel*

Cc:   Jennifer Sasso Carapiet, Esq.
      *Assistant United States Attorney*
      (By Email)