

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JSC
F. #2016R01078

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2016

By Federal Express

Javier A. Solano, Esq.
350 Fifth Avenue, Suite 5900
New York, New York 10118

>   Re:   United States v. Michael Rizzi
>         Criminal Docket No. 16-342 (CBA)

Dear Mr. Solano:

      Enclosed please find the fourth production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

      You will find on the enclosed disc:

- Video footage and corresponding still-frame images obtained from Chase bank pursuant to subpoena, Bates stamped RIZZI 102700-102720 (videos) and RIZZI 102700A-102720A (still-frame images);

- Photographs taken during the execution of search warrants at 2045 81st Street, Brooklyn, New York, and on a Black Infiniti with New York License Tag GCM4167 registered to Michael Rizzi, Bates stamped RIZZI 102721-102930;

- Copies of redacted subpoena returns from various banks pertaining to BJM client transactions and BJM escorts, Bates stamped RIZZI 102931-103189.

          Very truly yours,

          ROBERT L. CAPERS
          United States Attorney

By:   /s/ Jennifer Sasso Carapiet
      Jennifer Sasso Carapiet
      Assistant U.S. Attorney
      (718) 254-6402

Enclosures

cc:    Clerk of the Court (CBA) (by ECF) (without enclosures)