UNITED STATED DISTRICT COURT EASTERN DISTRICT OF NEW YORK **BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 8/15/16                TIME: 11:16-11:22

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR16-00342

| | |
|---|---|
| DEFENDANT: Michael Rizzi- b | ATTORNEY: Javier Solano, Esq. |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY:. |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |

ASSISTANT U.S. ATTORNEY: Jennifer Carapiet- by: Erik Paulsen

INTERPRETER:                COURT REPORTER: Angela Grant

PROBATION OFFICER:

PRETRIAL OFFICERS:          DEPUTY: V. Holley

Parties seek further modification of motion scheduled. Request granted by the Court as follows: dft's submissions 9/12/16 and govt's response 9/26/16.

Further conference set for 10/5/16 at 2:30.

OED cont'd (pending motions; ongoing plea discussions).