UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                         16-CR-342 (CBA)

MICHAEL RIZZI,

                Defendant.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Erik D. Paulsen from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Erik D. Paulsen
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 6th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6135
    Email: erik.paulsen@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Erik D. Paulsen at the email address set forth above.

Dated: Brooklyn, New York
October 5, 2016

                                                  Respectfully submitted,

                                                  ROBERT L. CAPERS
                                                  United States Attorney

                                  By:    /s/ Erik D. Paulsen
                                                 Erik D. Paulsen
                                                 Assistant U.S. Attorney

cc:     Clerk of the Court (CBA)