**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 5 - 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA
-against-

**MICHAEL RIZZI**- b

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PSI disclosure: 1/11/17
Defendant's submission: 1/25/17
Government's response: 2/1/17
Sentencing: 9/16/16 at 10:00

ORDER OF REFERRAL
CR16-00342 (CBA)(CLP)
AUSA Jennifer Sasso/Michael Kushner, Esq.

The defendant **Michael Rizzi** having applied for permission to enter a plea of guilty, the

Court refers the matter to **USMJ Cheryl L. Pollak** to determine if the defendant, after full

consultation with his/her counsel wish to consent to enter his/her plea of guilty before a

Magistrate-Judge. If both the Government and the defendant so consent, the Magistrate-Judge is

directed to **(1)** obtain in writing, the consent of the defendant , **(2)** conduct the allocutions

pursuant to F.R. Crim.P., Rule 11, **(3)** make a finding as to whether the plea is knowingly and

voluntarily made and not coerced, and **(4)** make a recommendation as to whether the plea of

guilty should be accepted.

To facilitate the Court's review of the transcript of the plea before sentencing, the

Court asks the Magistrate-Judge to use the allocution drafted by the Court in taking a guilty plea.

SO ORDERED.

Dated: Brooklyn, New York
October 5, 2016

s/Carol Bagley Amon

_____
Carol Bagley Amon
United States District Judge