DOCKET NUMBER: 16-cr-342

CRIMINAL CAUSE FOR pleading

Date Received By Docket Clerk: _____  Docket Clerk Initials: _____
BEFORE JUDGE: Pollak  DATE: 10/5/16  TIME IN COURT 0 HRS 30 MINS
DEFENDANT'S NAME: Michael Rizzi  DEFENDANTS # _____
☒ Present  ☐ Not Present  ☐ Custody  ☒ Not Custody
DEFENSE COUNSEL: Javier Solano, Michael Kushner
☐ Federal Defender  ☐ CJA  ☒ Retained
A.U.S.A.: Erik Paulsen, Jenifer Sasso, Claire Kedashian  PRETRIAL/PROBATION OFFICER _____
COURT REPORTER: OR ESR OPERATOR Jacob Singer  TAPE LOG 2:35 - 3:05
INTERPRETER: _____  LANGUAGE: _____

☐ Arraignment
☒ Change of Plea Hearing (~Util-Plea Entered)
☐ In Chambers Conference
☐ Pre Trial Conference
☐ Initial Appearance
☐ Status Conference
☐ Telephone Conference
☐ Voir Dire Begun  ☐ Voir Dire Held
☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase
☐ Bench Trial Held  ☐ Bench Trial Completed
☐ Revocation of Probation non contested
☐ Revocation of Probation contested
☐ Sentencing non-evidentiary
☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary
☐ Revocation of Supervised Release non-evidentiary
☐ Jury selection  ☐ Jury trial
☐ Bench Trial Begun
☐ Motion Hearing Non Evidentiary

☐ Other Evidentiary Hearing Contested  TYPE OF HEARING _____

**UTILITIES**
☒ ~Util-Plea Entered  ☐ ~Util-Add terminate Attorneys  ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter  ☐ ~Util-Indictment Un Sealed  ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines  ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings  ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

Speedy Trial Start: _____  Speedy Trial Stop: _____  CODE TYPE: _____

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES ❏ NO
**TEXT**

Defendant pleaded guilty to count #2, money laundering conspiracy

Report: 1/11/17
Defendant's submission: 1/25/17
Government's response: 2/1/17
Sentencing: 2/8/17 10:00 am