

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:CSK
F#:2016R01078/2016V01377

271 Cadman Plaza East
Brooklyn, New York 11201

October 11, 2016

**By ECF and by Hand Delivery**

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Michael Rizzi
     Criminal Docket No. 16-342 (Amon, J.)

Dear Judge Amon:

  Enclosed please find a proposed Preliminary Order of Forfeiture in the above-captioned case, the terms of which defendant Michael Rizzi has agreed to in connection with his guilty plea which was taken before Magistrate Judge Pollack on October 5, 2016. Accordingly, the government respectfully requests that the Court "so order" and enter the enclosed proposed order.

  Thank you for Your Honor's consideration of this request.

           Respectfully submitted,

          ROBERT L. CAPERS
          United States Attorney
          Eastern District of New York

    By: /s/ Claire S. Kedeshian
       Claire S. Kedeshian
       Assistant U.S. Attorney
       (718) 254-6051

Enclosure
cc: Counsel of Record (by ECF)