UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

       v.                                          16-CR-0342 (CBA)

MICHAEL RIZZI,

       Defendant.

– – – – – – – – – – – – – –X

## DECLARATION OF PUBLICATION

    According to my review of the electronic database maintained by the Department of Justice, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 22, 2016 and ending on November 20, 2016 as required by 21 U.S.C. § 853(n)(1), and evidenced by Attachment 1.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2016.


*David L. Jones IV*
David L. Jones IV
FSA Records Examiner



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 22, 2016 and November 20, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Michael Rizzi

**Court Case No:**     CR-16-0342
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/22/2016 | 24.0 | Verified |
| 2 | 10/23/2016 | 24.0 | Verified |
| 3 | 10/24/2016 | 24.0 | Verified |
| 4 | 10/25/2016 | 24.0 | Verified |
| 5 | 10/26/2016 | 24.0 | Verified |
| 6 | 10/27/2016 | 24.0 | Verified |
| 7 | 10/28/2016 | 24.0 | Verified |
| 8 | 10/29/2016 | 24.0 | Verified |
| 9 | 10/30/2016 | 24.0 | Verified |
| 10 | 10/31/2016 | 24.0 | Verified |
| 11 | 11/01/2016 | 24.0 | Verified |
| 12 | 11/02/2016 | 24.0 | Verified |
| 13 | 11/03/2016 | 24.0 | Verified |
| 14 | 11/04/2016 | 24.0 | Verified |
| 15 | 11/05/2016 | 24.0 | Verified |
| 16 | 11/06/2016 | 24.0 | Verified |
| 17 | 11/07/2016 | 24.0 | Verified |
| 18 | 11/08/2016 | 24.0 | Verified |
| 19 | 11/09/2016 | 24.0 | Verified |
| 20 | 11/10/2016 | 24.0 | Verified |
| 21 | 11/11/2016 | 24.0 | Verified |
| 22 | 11/12/2016 | 24.0 | Verified |
| 23 | 11/13/2016 | 24.0 | Verified |
| 24 | 11/14/2016 | 24.0 | Verified |
| 25 | 11/15/2016 | 24.0 | Verified |
| 26 | 11/16/2016 | 24.0 | Verified |
| 27 | 11/17/2016 | 23.9 | Verified |
| 28 | 11/18/2016 | 24.0 | Verified |
| 29 | 11/19/2016 | 24.0 | Verified |
| 30 | 11/20/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: CR-16-0342; NOTICE OF FORFEITURE

Notice is hereby given that on October 13, 2016, in the case of <u>U.S. v. Michael Rizzi</u>, Court Case Number CR-16-0342, the United States District Court for the Eastern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

All right, title and interest in the real property and premises known as 557 NW 39th Circle, Boca Raton, FL 33431, designated on the Palm Beach County, Florida public records at Book: 27519, Page: 796, title to which is held in the name of Michael Rizzi, and any and all proceeds traceable thereto (16-ICE-000707)

All right, title and interest in any and all funds on deposit in Electronic Merchant Systems Merchant Account for BJM Consulting d/b/a Manhattan Stakes Entertainment and/or Michael Rizzi Merchant #xxx377994, and any and all related accounts up to and including the sum of $120,247.00 seized pursuant to a court authorized seizure warrant on or about May 27, 2016, and all proceeds traceable thereto (16-ICE-000911)

All right, title and interest in approximately 58 domain names registered with GoDaddy.com, Inc., seized pursuant to a court authorized seizure warrant on or about May 20, 2016, and all proceeds traceable thereto (16-ICE-000912)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 22, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY 11201, and a copy served upon Assistant United States Attorney Claire Kedeshian, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY  11201. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.