

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SLR:LDM:CSK | *271 Cadman Plaza East* |
| F. #2016R01078 | *Brooklyn, New York 11201* |

December 23, 2016

**By ECF**

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Michael Rizzi
       <u>Criminal Docket No. 16-342 (Amon, J.)</u>

Dear Judge Amon:

    The government respectfully submits for the Court's approval the enclosed Final Order of Forfeiture against defendant Michael Rizzi pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

    Pursuant to the terms of the Preliminary Order of Forfeiture, entered on or about October 11, 2016, the United States completed publication on November 20, 2016, and no third-party claims have been filed. Therefore, the United States respectfully requests that the Court "so order" and enter the enclosed proposed Final Order of Forfeiture.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By:    /s/ Claire S. Kedeshian
       Claire S. Kedeshian
       Assistant U.S. Attorney
       (718) 254-6051

Enclosure cc: Counsel of Record (by ECF)