# Law Offices of Javier A. Solano, PLLC

The Empire State Building
350 Fifth Avenue, Suite 5900
New York, N.Y. 10118

Tel. (212) 714-6600    JSolano@SolanoLegal.com    Fax (718) 307-6490
www.SolanoLegal.com

January 9, 2017

**By Fax – 718-613-2416**

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Michael Rizzi; 16-cr-342 (CBA)

Your Honor,

      This office represents Michael Rizzi in connection with the above-referenced matter. I write with the consent of the Government to respectfully request an enlargement of the parties' schedule for sentencing. The Pre Sentence Report was completed and distributed on January 6, 2017. Currently the defendant's Sentencing Memorandum is due on January 25, 2017, the Government's Response is due February 1, 2017, and Sentencing is February 8, 2017. The parties propose that the dates be adjusted to March 27, 2017 for Defendant's Sentencing Memorandum, April 10, 2017 for the Government's Response, and April 17, 2017 or any date convenient to the Court thereafter, for Sentencing.

      There are several reasons for this request. First, my grandmother passed away yesterday at 104 and I will be out of the office for a short period of time attending to matters related to her estate. Second, Mr. Solano has an extensive trial schedule in the coming weeks involving incarcerated defendants that will require him to be unavailable to meet with myself and Mr. Rizzi to assist in preparing the submission. Finally, the Pre Sentence Report raised some legal arguments that we were not anticipating and we will need more time to address those issues.

      This is the parties' first request for an enlargement of the sentencing schedule. The parties thank the Court for its attention to this matter.

      Respectfully submitted,

      Michael P. Kushner, Esq.
      *Of Counsel*

Cc:    Jennifer Sasso Carapiet, Esq.
      *Assistant United States Attorney*
      (By Email)