

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:LDM:CSK
F. # 2016R01078

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 27, 2017

**By ECF**
The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Michael Rizzi
                   Criminal Docket No. 16-342 (Amon, J.)

Dear Judge Amon:

      Enclosed please find a proposed Amended Final Order of Forfeiture ("Amended Final Order"), amending and replacing the Final Order of Forfeiture ("FOF") entered in the above-captioned case on December 29, 2016 (Dkt. # 33).

      This Amended Final Order of Forfeiture merely includes a fuller description of one the already agreed to forfeited assets, namely a piece of real property in Florida, so that the property can be appropriated forfeited and liquidated.   Specifically, the Amended Final Order of Forfeiture described the Florida real property as follows:

> the real property located at 557 NW 39th Circle, Boca Raton, Florida, more particularly described as Lot 60, VISTAZO AT BOCA RATON, according to the Plat thereof, as recorded in Plat Book 103, Page 151, of the Public Records of Palm Beach County, Florida, Parcel ID No. 06-43-47-07-11-000-0600.

All other terms and conditions in the previously entered Final Order of Forfeiture remain the same.

Accordingly, the United States respectfully requests that the Court "so order" and enter the enclosed Amended Final Order and that it be pronounced as part of the defendant's upcoming sentencing and included part of his Judgment and Conviction pursuant to Fed. R. Crim. P. 32.2(b)(4).

Thank you for Your Honor's consideration of this request.

    Respectfully submitted,

    BRIDGET M. ROHDE
    Acting United States Attorney
    Eastern District of New York

By:   /s/ Claire S. Kedeshian
    Claire S. Kedeshian
    Assistant U.S. Attorney
    (718) 254-6051

Encl.