SLR:LDM:CSK
F. #2016R01078

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

           - against -

MICHAEL RIZZI,
    also known as "Bruce,"

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

AMENDED
FINAL ORDER OF FORFEITURE

16 CR 342 (CBA)

       WHEREAS, on or about October 5, 2016, MICHAEL RIZZI (the "Defendant"), entered a plea of guilty to the offense charged in Count Two of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1956(h); and

       WHEREAS, on October 11, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure finding all right, title, and interest in: (a) approximately fifty-eight (58) domain names registered with GoDaddy.com, Inc., seized pursuant to a court authorized seizure warrant on or about May 20, 2016, and all proceeds traceable thereto (the "58 websites"); (b) any and all funds on deposit in Electronic Merchant Systems Merchant Account for BJM Consulting d/b/a Manhattan Stakes Entertainment and/or Michael Rizzi Merchant # xxx377994, and any and all related accounts up to and including the sum of one hundred twenty thousand two hundred and forty-seven dollars and zero cents ($120,247.00) seized pursuant to a court

authorized seizure warrant on or about May 27, 2016, and all proceeds traceable thereto (the "EMS accounts"); and (c) the real property and premises known as 557 NW 39th Circle, Boca Raton, Florida, more particularly described as Lot 60, VISTAZO AT BOCA RATON, according to the Plat thereof, as recorded in Plat Book 103, Page 151, of the Public Records of Palm Beach County, Florida, Parcel ID No. 06-43-47-07-11-000-0660, title to which is held in the name of Michael Rizzi, and all proceeds traceable thereto (the "Florida property") (collectively the "Forfeited Assets"), as property, real or personal, involved in the defendant's violation of 18 U.S.C. § 1956(h), or any property traceable to such property; and/or as substitute assets, pursuant to 21 U.S.C. § 853(p); and

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning October 22, 2016 through and including November 20, 2016 (Dkt. 31); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired; and

WHEREAS, on December 29, 2016, this Court entered a Final Order of Forfeiture.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p), and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Assets is hereby condemned, forfeited, and vested in the United States of America.

United States v. MICHAEL RIZZI, 16 CR 342 (CBA)
Amended Final Order of Forfeiture
Page 2

IT IS FURTHER ORDERED that the United States Customs and Border Protection/Department of Homeland Security Investigations, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Assets in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Amended Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Amended Final Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail four (4) certified copies of this executed Amended Final Order of Forfeiture FSA Law Clerk Shermin Lakha, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, Brooklyn, New York, 11201.

Dated: Brooklyn, New York
_____, 2017

SO ORDERED:

_____
HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

United States v. MICHAEL RIZZI, 16 CR 342 (CBA)
Amended Final Order of Forfeiture
Page 3