UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

UNITED STATES OF AMERICA,

            -against-

MICHAEL RIZZI,

                                    Defendant.

------------------------------------------------------------------------ X

**DECLARATION OF COUNSEL**

**16 CR 342 (CBA)**

STATE OF NEW YORK    )
                                  :ss
COUNTY OF NEW YORK  )

      JAVIER A. SOLANO, ESQ., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

      1.    I am the attorney for defendant Michael Rizzi in this action. I submit this declaration in support of Mr. Rizzi's Memorandum in Aid of Sentencing, which is being submitted herewith.

      2.    The purpose of this declaration is to put certain facts before this Court that are relevant to the appropriate sentence to be imposed upon Mr. Rizzi.

      3.    Annexed herewith as **Exhibit A** are letters of support that have been obtained to assist the Court in fashioning an appropriate sentence for Mr. Rizzi.

      4.    Annexed herewith as **Exhibit B** are true and correct copies of Mr. Rizzi's medical records that are relevant to this Court's sentencing determination[1].

      5.    Annexed herewith as **Exhibit C** are photographs of Mr. Rizzi and his family.

---

[1] Copies of Mr. Rizzi's medical records will be provided to the Court, the Government and Probation in hard copy format. These records will not be filed on the Court's ECF System.

6. Annexed herewith as **Exhibit D** is a true and correct copy of the Indictment in the matter of *People of the State of New York v. Joseph J. Fafone, et al.*, Indictment No. 2146/2009, filed in New York State Supreme Court, Queens County.

7. Annexed herewith as **Exhibit E** is a true and correct copy of the transcript of sentencing proceedings that occurred on May 22, 2012 in the matter of *People of the State of New York v. Michael Rizzi*, Indictment No. 2146/2009[2].

8. Annexed herewith as **Exhibit F** is a true and correct copy of the disposition papers related to the matter of *People of the State of New York v. Michael Rizzi*, Indictment No. 2146/2009.

9. Annexed herewith as **Exhibit G** is a true and correct copy of the transcript of the October 5, 2016 plea proceedings in the matter of *United States v. Michael Rizzi*, 16-cr-342 (CBA).

Dated: New York, New York
March 27, 2017

Respectfully submitted,

/ s

_____
Javier A. Solano, Esq.
Law Offices of Javier A Solano, PLLC
350 Fifth Avenue, Suite 5900
New York, New York 10118

212.714.6600 (telephone)

---

[2] The transcript of Mr. Rizzi's plea allocution that occurred on November 22, 2011 has been ordered. This transcript will be furnished to the Court when it becomes available.