Date: 10/29/16

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11203

Re: Michael Rizzi

Dear Judge Amon, Your Honor, my name is MaryBeth Leunes, I am a
practicing board certified New York City Special Education & General Education
teacher with a Masters Degree in Special Education, as well as a college degree in
Sociology & Anthropology. I am currently employed by the New York City Board of
Education teaching sixth grade mathematics. The defendant and I have shared a
strong close friendship and family bond throughout the last ten years. Our families
have been close family friends for many years and we have remained close friends
during our adult lives; spending family vacations together as well as annual holiday
gatherings. I know Michael Rizzi as well as any person other than his immediate
family could. I know him to be an incredibly hardworking, loving, selfless family
man who is extremely conscious of his community surroundings. He has worked
extremely hard in being a positive contributor to his church community; in fact he
has worked very hard in his career as a New York City Police Officer to help improve
his community.

Michael Rizzi has been extremely candid when discussing his legal problems,
when sharing them with me. He has fully admitted his wrong doing to myself and
family, as well as any embarrassment this may have caused us.

As long as I have known Michael Rizzi I can say that if I had to define his
character it would have to be said that he is: loving, honest, hardworking, loyal,
courageous, supportive, trustworthy, and a family man who is adored by his
children who he equally adores. There has been countless times that I have been
able to personally witness the love and close bond that he shares with his wife and
loving children. He has proved throughout the years to be extremely selfless and
loyal to not only his family but to me personally as a close family friend. One of my
most recent favorite memories that we share is after my husband and I welcomed
our son into our lives just last year. On one of our more recent visits it warmed my
heart to see Michael hold and actually get on the floor to play with my son. He
entertained him for hours by making noises and bringing the toys around them to
life. My son had the biggest smile on his face and enjoyed every minute of their
interaction. You could see how much fun they were having; it was written all over
their faces and it was vindicated with the sound of our precious boy's giggles and
laughter. During that moment I could see that Michael knew how precious those
moments were as he looked over at his two children and smiled. A smile- that was
hiding his true feelings of knowing how fast time flies by. My son to this day lights

up when he sees him and that isn't a common occurrence outside of seeing his immediate family.

Your Honor, I firmly believe that Michael Rizzi understands that he has done wrong and expresses a profound regret at his actions. He would like to learn from this experience and move forward with his life with his family. I believe that society would not benefit from sending Michael Rizzi to prison. His family as well as mine would suffer from such a result. I believe that an extended prison term will serve as a tremendous hardship for his wife, who will bear the responsibility of trying to repay the costs of the legal fees. I believe that Michael's daughter and son will be tremendously adversely affected if he is required to go to prison.

Sincerely,

Mrs. MaryBeth Leunes

October 30, 2016
Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Michael Rizzi;

Your Honor Judge Amon,

My name is Deserie Duran. I am the Assistant Director of Care Management and
Social Work at NYU Hospital for Joint Diseases. I am a registered nurse and have
studied Health administration. I have presented at the Magnet Conference in Florida
2016 and have been an expert speaker in a Webinar discussing the Bundled
Payment for Care Improvement. I was awarded "Manager of the Year" in 2015 by
my staff and colleagues at my organization.

I have been a friend of Michael Rizzi for over 20 years. Mike has been a "big brother"
to me since my early 20's. Whenever our group was out, Mike always made sure I
made it home safely and screened any potential suitors. Over the years I have
known Mike to be a great father, husband, and an eternally great friend.

I am a single mother of two. I have a 15-year-old boy, Lance, and I have legal
guardianship over my niece, Madison (I have been raising her most of her life). Last
year Madison became terribly ill. She has Crohn's Colitis. On mother's day 2015 she
had life saving surgery. We were in the hospital for a month. Mike was there for me;
he hired a dog walker and a cleaning lady so that I would have less to worry for. He
and his wife Jill brought me coffee and listened to my pain and suffering with
empathy, grace, and genuine love.

I only know Mike as a good man. He would give the shirt off his back if he just
thought I needed it. Mike is a hardworking family man, he is loyal, fair and above all
else, he is kind. I, along with all of our friends have benefited by having him in our
lives.

When Mike told me of his involvement, he was ashamed. He did not want me to
perceive him as criminal. He has always been a humble man. He has expressed great
sorrow and regret for his choices. His ability to accept his wrong doings makes him
the decent generous man I know and love.

I respectfully request your leniency with sentencing Mike Rizzi. I believe that an
extended prison term will serve as a tremendous hardship for his wife, who will
bear the responsibility of trying to repay the remaining costs of the legal fees and

household bills. Mike's children will be tremendously adversely affected if he is required to go to prison.

Thank you for taking the time to read this letter. We appreciate your kind consideration for leniency regarding Mike Rizzi.

Very Respectfully,

Deserie Duran

November 3, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Michael Rizzi

Dear Judge Amon:

My name is Jennifer Lioce. I have been employed by the Department of
Education as a grammar school teacher for twenty years in Brooklyn and Staten Island. I
possess a Bachelor's Degree and a Master's Degree in Education.

I have known Michael Rizzi for approximately twenty-five years. He and my
husband were childhood friends and when I began dating my husband we also became
close friends. Over the years as we both married and had children our relationship
became an important part of our lives. Our families sometimes vacationed together and
our children became friends. My children think of him as an Uncle and he has always
been kind and patient with my children as well as his own. He was a New York City
Police Officer for nine years and due to an injury, had to retire from a job that he had
always valued. Michael has always been an industrious, hardworking family man. His
children attend Private school and both he and his wife have been involved in
volunteering. He always took an interest in the children's education and supported his
faith based community.

Michael has been candid with me regarding his legal problems. He called me on
the telephone and apologized to me about what had happened. He admitted his
wrongdoing and takes full responsibility for his actions. He is sorry for the pain and
problems he had caused

Michael realizes the seriousness of his behavior and he accepts the consequences
he will face. He stated that he will learn from this experience and wants to move forward
with his life. Regarding prison, I believe that an extended term would be a tremendous
hardship for his wife and children who depend on his help and care.

Thank you Judge Amon for your consideration regarding Michael Rizzi and his
family.

Sincerely,

Jennifer Lioce

# The Remus Group, LLC

*Service Professionalism Quality Results*

48 Wall Street, 11th Floor, Suite 20
New York, NY 10005

Direct: (212) 918-4960
Fax:   (212) 918-4430



November 11, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Amon,

I am an owner of a Manhattan based mortgage brokerage. I am a member in good standing of the NYS Bar Association admitted in the 2nd Judicial Department as of March 2000. I graduated NYU School of Law in 1999, NYU College of Arts, and, Science Magna Cum Laude with a B.A. in 1996 with additional honors of the NYU Founders Day Award, Phi Beta Kappa, and, Pi Sigma Alpha. I am writing this letter in support of Mr. Michael Rizzi.

Michael, and, I have been friends since the mid-eighties having grown up in the same neighborhood of Staten Island. A few years older than me, Michael has always been ahead in terms of the workforce, marriage, family business, and, life generally. He's always offered me good heart-felt advice with regards to my own family, and, business. I've always looked at Michael as a mentor as to my decisions, and, have respected his willingness to assist those less fortunate than himself. I am personally aware of Michal routinely looking in on a mutual childhood friend fighting addiction. Having admitted his wrong-doing in the matter before the court, I hope to offer your honor an insight as to the positive attributes Mr. Rizzi has stood for as my friend.

Micheal's legal problems were immediately known within his circle of acquaintances, as, his case has received substantial publicity. Once he arrived home he promptly reached out to friends, and, admitted as to his guilt. Michael expressed remorse, and, was very saddened by his children's exposure to his arrest, prosecution, and, their knowledge of his behavior. It is my belief that Mr. Rizzi's experience will serve as a deterrent to future misconduct, and, that his family, community, and, friends would be better off without his incarceration. I am hopeful that your honor might consider probation for Mr. Rizzi whereby he can continue to watch over his friends, and, we can benefit from his continued benevolence, friendship, and, insight.

Very truly yours,

Tom Tsatsaronis, Esq.
Chief Executive Officer

The Remus Group is a Registered Mortgage Broker with the Nationwide Mortgage Licensing System (NMLS# 187415), New York State Banking Department, State of New Jersey Department of Banking, and Insurance and the Florida Office of Financial Regulation. All loans arranged through third party providers.

## STEVE M. SOPHOCLEOUS
## 1077 79TH STREET
## BROOKLYN, NEW YORK 11228

September 7, 2016

**Re:    Michael Rizzi**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Amon:

My name is Steve Sophocleous and I have been admitted to practice law in the State of New York since 2001. I have also been admitted to practice law in the Eastern District since 2016. I am a member in good standing at both the State and Federal court levels.

I write this letter on behalf of Michael Rizzi to beseech this Honorable Court to exercise leniency in Mr. Rizzi's sentencing, sentencing him to a probationary period, if possible.

I have personally known Michael and his wonderful family for over a decade. My family owns a local restaurant in Dyker Heights, Brooklyn and both Michael and his family have patronized our establishment since its inception. It is there that both my wife and I had the pleasure of meeting Michael.

Right from the beginning, Michael demonstrated a kindness and generosity that is rare to find. Most recently, Michael and his wife Jill raised a considerable sum of money for a young girl by the name of Julia Bruzzese who has been stricken with Lyme Disease and is confined to a wheel chair. Their fundraising efforts have made a real difference to Julia and her family. In fact, Michael's fundraising efforts through gofundme and other charities helped raise awareness at the Vatican level. As a result, Pope Francis paid a visit to Julia in 2015. This is but one example of Michael's compassion and giving nature.

Michael, a once decorated New York City police officer who was injured in the line of duty, is now retired from the police department. Nevertheless, he has spent countless volunteer hours speaking with youths on topics such as anti-bullying, anti-graffiti programs and interaction with law enforcement.

I have also witnessed Michael with his two beautiful children, Michael and Brooke, on several occasions. He is a very caring and attentive father who is always present for his family. Even when he is not in their presence, he is constantly singing their praises

**STEVE M. SOPHOCLEOUS**
**1077 79TH STREET**
**BROOKLYN, NEW YORK 11228**

Overall, Michael is an exceptional human being that has demonstrated to me time and time again that he is a very valuable member of our society.

For all of these reasons, and for so many more, I respectfully implore Your Honor to be lenient in sentencing Michael.

Thank you for your time and consideration.

Respectfully submitted,

Steve M. Sophocleous

November 1st, 2016

Honorable Carol Bagley Amon
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Michael Rizzi


Hello Your Honor. I am writing to you in reference to Michael Rizzi, who will be appearing before your court for sentencing on Feb. 8, 2017 for Conspiracy to Money Launder charge. I am a Retired Payroll Manager from Miller Druck Specialty Contractors, I am a former Advocate at West Pasco Pregnancy Center, New Port Richey Florida and Former Guardian ad litem at the Sixth Circuit Dependency Court, New Port Richey Florida. Michael asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about Michael and his future, and I want to try to make you feel the same way. Mike is a person of good character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless.

I have known Michael since he was fourteen, and he grew up with mine and the other children in the neighborhood. Being a mother and knowing your children will play in the neighborhood with other children, I had peace of mind because Mike was a good boy, was always welcomed in my home, and was a good friend to my daughter and their other friends. In that time, I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He is always available to help people when he can. We were very proud of Mike when he became a Police Officer. He just needs more people to believe in him so that he can become the person I know he can be. Michael has made mistakes, and he is certainly remorseful, and I know he is willing to do whatever it takes to make reparations, financially and emotionally, where possible. But to do that, I ask you to give him an opportunity to get a second chance. I recognize that Michael broke the law, and I do not believe that he should get off without punishment I just hope you will recognize the power that you have with regard to the future of this man, and make a fair decision.


Thank you,

Mrs. June Freese
5046 Springland Drive
Holiday, FL 34691
(727) 859-6833

December 31, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Michael Rizzi

My name is Jill Juliano-Rizzi. RT (R) (M). I am a NY State Licensed
and Registered Radiologic Technologist practicing for the past 20 years,
a career I pursued after earning my Bachelor of Arts Degree from
Brooklyn College. Through many facets of volunteer work, I have been
an active member of St. Bernadette Catholic Academy for the past 10
years. I attend Mass regularly and have a strong Catholic identity.
Along with my family, I support many charitable causes through
donation of my time and the spread of awareness, as well as, monetary
contribution when possible. In 2016, I was recognized and awarded as
a Hidden Treasure of the Community by the Bay Ridge Community
Council, received Certificates of Merit from both the office of Senator
Marty Gold & that of Assembly-person Pamela Harris, a City Council
Citation from the office of Vincent Gentile, and a Certificate of Special
Congressional Recognition. Most importantly, I am a mother to my two
children, Brooke (13) and Michael (10) and a wife of 14 years to the
defendant, Michael (Mike) Rizzi.

As I have stated, I am married to and have two children in
common with Michael. We had initially met about 22 years ago and had
an immediate attraction and although our paths led us in different
directions, we eventually found our way back to one another. In 2002,
we married and started our family. Through all of our years, Michael
has been a loving and devoted husband and wonderful father to our
children. He is a true patriarch, the leader of our family. Michael
provides our family with emotional and financial stability, which is
extremely important to us and greatly affects our strengths and security
as a family. Mike is an intelligent, steadfast & hardworking man who
has always shown respect for the law and has instilled that proper

respect in our children. He is very proud to have served as a police officer.

Unfortunately, we sometimes have things in our lives that may bring us down like addiction or compulsion which are ongoing battles. Mike has never stopped fighting to be the best he can be and learn from his mistakes in hopes to set a better example for our children. I am proud to say he has always been determined and strong and has come through tough times with a new outlook and a positive disposition often solely driven by the harsh realization of how his actions have affected the most important thing in his life, his family. Although he initially kept from me his involvement with these illegal activities, he has since admitted his wrongdoings and has realized the effects his actions have had on us all. Admittedly, I am extremely embarrassed by his behavior and forgiveness was not easy. However, due to his character and the man I have always known him to be, I strongly stand beside him.

Michael is a strong and honorable man who has admitted to making a less than honorable mistake. This, however, does not define the person he is. Michael is a very honorable, dependable and caring man. He is honorable in the father he is to his children, the husband he is to me, the son and brother he is to our families, the friend he is and the charitable man he is to the community. We all depend upon Michael in many different ways and he always does his best to do what he can to be there for us all. The utmost important people in his life are our children. Together, we teach them to be respectful towards God, themselves and others and to be family-oriented young people by spending time together, such as at Mass, through charitable works & daily meals. Through our actions & commitments, we do our best to teach them the value of family, friends and community. Among other things, Michael volunteers his time to assist in coaching our son's football team whenever possible. He is responsible for the care of both of his elderly & ailing parents and helps to support me in the effort to care for mine as well. I also have a brother who is mentally ill who often looks to Mike as someone who he can trust when experiencing episodes of delusion & paranoia. Several times in the past, Mike has been the only one who was able to calm & convince him to surrender himself to hospitalization. Michael had also made great efforts for many years to assist one of his closest childhood friends who he tragically lost to

alcoholism. Michael donates a substantial amount of his time to helping young people & fundraising which also often involves our whole family. I believe these traits and efforts are a true testament to the man he really is; a reliable & caring man who is honorable in many ways including being able to admit his mistakes and accept his retribution.

On behalf of our entire family, I ask for leniency in his sentencing. In his absence, I fear our children and I will suffer tremendously emotionally, psychologically & financially. The loss of his daily presence coupled with the possibility of having to separate from their school friends due to the effects Mike's absence will have on our financial situation, will cause Brooke & Michael excessive & extreme pain and suffering. Additionally, with the lack of Michael's daily care we fear his elderly parents will deteriorate. Michael's absence will be a loss for everyone including our community, which he often selflessly serves. Since the onset of this case, I have stood beside Michael and witnessed first-hand the anguish, anxiety and depression he is going through because of the realization of his offense & the impact it is having on our family. He has great regret & remorse. I do not believe incarceration is necessary or useful for his rehabilitation nor will it benefit society in any way.

I respectfully request you consider my appeal, the true character of my husband, and the impact your decision will have on our family when imposing sentencing upon Michael. Thank you for your time and consideration.

Sincerely,

Jill Juliano-Rizzi

October 30th, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Michael Rizzi

Dear Judge Amon,

My name is James Rizzi. I am Michael Rizzi's older brother. I am a retired 20 year New York City Police Department Detective and currently am the building manager of 110 William Street, New York, NY. Michael and I also had an Uncle who was a 20-year New York City Police Officer, Jerry Capone. He has since passed away. And I'm sure that you know that Michael was a New York City Police Officer from the age of 20 to 29. Michael was forced to retire in 2000 because of injuries he sustained in the line of duty and still suffers with extreme pain because of it till this day. I have never written a letter to a District Court Judge before and never thought it would be for my brother, Michael. Michael's arrest has been hard on my family. We have two sick elderly parents that Michael primarily takes care of. My mother Anna is 83 years old and has been recently diagnosed with Chronic Lymphocytic Leukemia, an aggressive form of Leukemia. My father James is 86 years old was diagnosed with Bladder Cancer and has undergone chemotherapy and radiation treatments. One week after the completion of my father's chemotherapy and radiation treatments, he slipped and fell and broke his hip and had to undergo hip surgery. The reason I tell you this is because I want you to know the extent to which my brother Michael cares for our parents. He takes them to their medical appointments, drove my mother and father to every single radiation and chemotherapy treatment, took my mother and father to every single follow up appointment with every specialist, and oversees all their medicine and prescriptions daily and selflessly. Every child should take care of their parents, but I can tell you, this is a fulltime, with overtime, workload for both of us. And as I work full time in Manhattan each day, Michael does the bulk of it.

When my mother was diagnosed with Leukemia, Michael stayed up for days researching the disease and found an herbal alternative treatment to keep her off the dangerous chemotherapy medications for as long as possible. It was his opinion, after extensive research, that the chemotherapy medications that are prescribed for Leukemia would poison the rest of my mother's body and would be bad for her heart. She was about a month away from needing these medications so he researched alternative therapies, found an amazing study and contacted the professor from the University of Windsor, Canada. Michael had a lengthy conversation with Dr. Siyaram Pandey, Ph.D., of the University of Windsor. The Dr. gave him a safe herbal regimen that would keep my mother's white blood cell count low enough to try to avoid the

chemotherapy medicine. Michael ordered everything needed and for the first month he brewed and fed my mother a special safe herbal tea every 4 hours. At each doctor's appointment, her white blood cell count and blood work has climbed, but only slightly. Although my mother's doctor was initially upset at Michael for doing this on his own, he did tell him to keep my mother on it and further stated that Michael's research and treatments probably helping her.

When Michael followed in mine and our uncle's footsteps and became a New York City Cop, we were all very proud of him. He was awarded many medals for excellent police duty before the age of 25. He has always been a helpful and giving person. Michael had a close lifetime friend named Andrew Friedman who suffered from alcoholism. Although Andrew lost the fight and died in 2015, Michael tried to rehabilitate Andrew for years. Even when many people including his family gave up, Michael did not. When Andrew passed, Michael was contacted by many of Andrew's friends and family praising him for his actions. My brother is also an excellent father who puts the needs of his children before anything else in his life. The effects his actions are having on his children are devastating him.

I was very upset with my brother when I found out he was arrested and had a long conversation with him about the circumstances. Michael completely realizes what he has done wrong and how his actions not only affected himself but also others such as his beautiful wife and Catholic School children. Michael has been embarrassed and is truly suffering from this and I know he has apologized and explained himself to many people in his life. He has explained to me that he is going to be a "straight arrow" from here on without ever straying again. Michael is a remarkable and selfless human being who helps others in his community on a daily basis. He volunteers in the community, does charitable and fundraising work and is known by many to be the person to call when someone is hurting or in need of a friend. I love my brother very much and ask that you take who he is into consideration and not sentence him to prison, as it would be an extreme hardship on our family.

Sincerely,

James A. Rizzi

12-1-2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Michael Rizzi

Dear Judge Amon,

My name is Paul Zito, I am a retired New York City Detective that served in the New York City Police Department for 21 years. My career started in 1993 as a Housing Police Officer assigned to PSA 2 as a rookie in East New York, Brooklyn. After 3 years in PSA- 2, I transferred to the 62nd precinct in Brooklyn where I worked as a Police Officer then was assigned to undercover work as an Anti-Crime Officer. Through the years as a police officer I received multiple commendations stemming from multiple gun, drug, robbery and burglary arrests. After working approximately 9 years in the 62nd precinct, I was transferred and assigned to the Organized Crime Control Bureau where I was promoted to Detective and assigned to the Brooklyn South Narcotics Division. Working as a Narcotics Detective was very rewarding and great advance in my career. After 4 years, I was then transferred and assigned to the Narcotics Division K-9 Unit. There in the K-9 Unit I had the opportunity to work with the Federal Bureau of Investigation, Homeland Security, ICE, and multiple outside agencies.

Retiring as a decorated Detective, the NYC Police Department made me the honest, loving father and husband I am today. As for my long time and great friend of 25+ years I can't express the love and friendship I have for Michael Rizzi. I met Michael right after high school and was introduced to his loving family. I was invited over to his house regularly at the time where he lived with his parents. I celebrated birthdays, holiday dinners and got to know Michael's parents Anna and James who treated me like their own son. I also was lucky to be very good friends with Michaels older brother James who was a decorated Detective of the New York City Police Department for over 20 years. Early in my career when I was transferred to the 62nd precinct I worked together with Michael. Michael helped me adjust in many difficult situations as I was a housing cop becoming a city cop, he got me settled in where he also introduced me to many of the officers. I felt lucky to have such a good friend and co-worker who was very highly respected by the other cops working there. During Michaels career at the 62nd precinct I personally witnessed him being a hard-working police officer making many arrests for many violent and dangerous crimes in the streets of New York.

Michael was a young shining star on the NYPD and promoted to Anti-Crime Officer within his 4th year on the job at 25 years old. Michael was known for his dedication to

protect and serve the community and unbelievable dedication to fighting street crime until an injury he sustained in the line of duty prevented him from going any further on the force. After Michael retired, our families remained lifelong friends. When the news about Michael's legal problems came about, he immediately contacted me and stated what was happening. He explained the situation in detail and did admit to me where he had done wrong. I had asked him if he had a good lawyer and he replied by telling me he does, but still did not want to hold up the justice system in any way, he wanted to give a guilty plea if the terms were fair. Michael expressed to me that he was sorry about what happened and sorry if him being in the news embarrassed my family in any way. Michael further explained to me that he still is pro law enforcement and believes in our legal system and further believes that an extraordinarily fast plea bargain would show this to you Judge Bagley Amon. I want to sincerely tell you that Michael is in no way a violent person or a threat to society in any way. Michael is loved by many different friends throughout his life. Your Honor, Michael has put himself in a difficult situation with his wife Jill and 2 great kids Brooke and Michael jr. When he spoke to me about trying to explain to his wife and kids (that are old enough to understand) the situation he was in, he stated to me that he couldn't finish his sentences because of the way they were looking at him. His heart was broken and knew that he was putting himself in a position where his wife and children would look down upon him for what he had done. He told me this feeling inside of him was the one thing he did not want to come across again, and would not attempt any wrong doing ever again. As a father to his children, he always tells me how proud he is of them. He tells me about his daughter Brooke who is going to catholic school, doing well and is involved in extra activities and his son Michael jr who plays football and watches the football games with him on television.

In conclusion, Your Honor, my lifelong friend Michael Rizzi knows that he has done wrong and has put his life, family and friends through a lot during this time, he has truly suffered. Me being a Police Officer and Detective for over 20 years, and keeping in touch with Michael through this, and knowing an appropriate sentence must be given to someone who breaks the law, knows, Michael has suffered so greatly from the media, he has embarrassed himself and his family that incarceration couldn't do it any more than that, this experience will deter him from future criminal conduct, and he honestly has learned even more respect for the law. It is my honest opinion If he is sentenced to prison even for a short period would be a loss to our community as well as a tremendous burden to his immediate family and to his parents who are elderly and very sick. I do have the fullest respect for you Your Honor and ask that you sentence Michael to probation.

Thank You,

Paul Zito

(917) 828 - 0556

November 17, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Michael Rizzi

Dear Judge Carol Amon,

My name is Enrico Bruzzese; I am a Registered Respiratory Therapist, a Pulmonary
Function Clinician, and a Cardiac Stress Testing Diagnostician at Jacobi Medical
Center in Bronx, New York. I am writing this letter to you together with my wife,
Josephine Bruzzese: Branch Manager and Assistant Vice President at Investors Bank.
We write to you today to endorse a very special human being, Michael Rizzi (Michael).
Michael's daughter, "Brooke," and our daughter, "Julia," have been best friends and
classmates at Saint Bernadette's School in Brooklyn, NY since Kindergarten. We have
been an acquaintance of the Rizzi family for over 10 years. Michael and his family are
truly an exemplary family. They are strong in their faith, and as a family, consistently do
for others. We consider Michael Rizzi to be a true philanthropist.

We are the parents of a very sick, 13-year-old child named Julia Bruzzese. Julia was
diagnosed with a chronic case of Lyme disease in 2015. Julia has also developed Guillain-Barré
Syndrome, Postural Orthostatic Tachycardia, and severe autonomic dysfunction. She has been
unable to walk and has been wheelchair bound since June, 2015. Julia has been forced to forego
the normal life she should be living. Our health insurance company has completely abandoned
Julia throughout her illness, forcing me to leave my job so that I can seek pro bono care for Julia
abroad. Very expensive antibiotics, treatments, and devices—such as a PICC line, which is
needed for delivering these important antibiotics throughout Julia's body—are needed daily for
Julia's care and are not covered by our insurance company. In October 2015, Michael and his
wife, Jill, launched and promoted a GoFundMe page that raised a significant amount of money
needed for my family to get by and support all of Julia's needs.

Michael and his family have found a local charity and have arranged for large donations
that help pay for Julia's medical expenses and expenses related to helping my family survive up
until now. This has kept my family from homelessness, while finding help for my daughter.
Additionally, through Michael's relentlessness, we have been able to spread awareness about the
disease. Michael and his family have come to our aid financially, logistically, and emotionally;
they have lifted us from very difficult times on many occasions. Michael could have chosen to sit
idly by; instead, he went above and beyond to help a family in need: my suffering family. He
came to us with concern and love, with console and advice. Michael selflessly sacrificed his time
and love for us; he has a heart of gold and is an asset to the community.

In many ways, the psychological aspect of Julia's disease is exceedingly more debilitating than the physical aspect. Due to Michael's persistent presence in Julia's life, Julia has been able to see beyond her disease, have hope, and set goals for the future. Michael has inspired Julia to surpass these goals and reach her fullest potentials. Michael is the perfect example of a man for others, and even before I knew him, I had witnessed Michael do for others as he has done for my family. We consider ourselves blessed to know him and blessed to have him. Michael Rizzi is the perfect portrayal of love, friendship, faith, and strength. Michael has been there to support Julia and has helped her through very difficult times. He has lifted Julia's spirits and has helped her to overcome tremendous obstacles associated with her ailment. Michael is an extraordinary human being, whom we are extremely proud to endorse. We don't know what our family would have done without Michael taking the initiative to help us, which he did selflessly.

His work in the community is bar none. Michael believes in donating his time to the community, and is always willing to help those in need. Michael and his family have always selflessly volunteered in various fundraisers and charities throughout the years that we have known them. Michael is a model to others and is looked up to by many. Michael is extremely dependable, reliable, caring, understanding and selfless; he goes above and beyond just being an ordinary model citizen. Again, I cannot stress enough how valuable of an asset Michael is to the community.

Michael has been candid with me about his legal situation, and has expressed to me that he is extremely embarrassed and holds deep regret for what he has done to his family and friends. Michael is coming before you for sentencing on February 8th 2017. For reasons described above, we feel society would not benefit if Michael is sentenced to imprisonment; that our community would suffer greatly. On Michael's behalf, we humbly request the most lenient sentence you can possibly give to Michael for his actions.

Sincerely,

Enrico Bruzzese

Josephine Bruzzese

November 1, 2016

Honorable Carol Bagely Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Mike Rizzi

Dear Judge Amon,

My name is Charles Balducci, I am a St Johns graduate and the founder
and President of the NYC Arts Cypher, a non profit organization that
promotes positive values through arts and entertainment. We have been
serving the NYC area for 12 years (Federally recognized 2007) by providing
programs, projects, and events, which target youth and emerging artists. We
are currently engaging our community in many creative ways, which combat
social issues that effect our youth with our "Don't Be A Bully" program in
schools. We have also gained notoriety from giving the kids a positive
outlet to practice the art form of street art in a safe and responsible manner
with our award winning program called "Mural".

Our facility is located at 12 Broad Street in Stapleton Staten Island and we
have an open door policy that allows us to reach well beyond what our
programs can, and also gives us an opportunity to host some programs in
house. Some in house activities are teaching breakdancing and visual art.
We also have our Break Out program where we work with interns and give
them an opportunity to spotlight their talent by shooting and editing their
own content to put on display through social media and develop a full
spectrum of media arts. Our Non Profit is supported in part by Senator
Andrew J Lanza, Senator Diane Savino, Assemblyman Mike Cusick,
Manfredi Toyota, and a vast amount of corporate and local businesses.

**12 BROAD ST. STATEN ISLAND, N.Y. 10304  OFFICE: 1.718.981.8510**

I have known Mike Rizzi for 17 years since 1999. Michael Rizzi is a life long friend, and a great one. He is known as a pillar of strength and leadership, to myself and all our mutual friends. When I started the NYC Arts Cypher in 2006, Michael was the first of my friends to offer any help, and thought it was outstanding to help the youth of our community in this manner. Over the years Michael has volunteered his time to my organization, at our facility on many occasions starting when the youths of the community had bad interactions with law enforcement.

I am like a big brother to many of these kids and artists, and negative interaction with law enforcement was a topic I would be asked about on a regular basis. Back in 2005 I asked Michael if he could come in time to time to talk to some of these kids from the community, and offer them assistance as to their ill will towards the NYPD. Michael has single handedly acted as a liaison between the youth of the Staten Island, North Shore community and the NYPD. He explains to the kids why cops act the way they act and guide the kids how to respond when interacting with Police. Michael has spoken to different people over the years about subjects like;

- Stop and Frisk
- What you can get arrested for
- What to do if stopped by Police
- Bullying
- Illegal Drugs
- Steroids
- Graffiti (which was the inspiration for my Mural Program)
- And many more topics

Most recently the North Shore of Staten Island community was angry and tense over the Eric Garner and NYPD case. Many people were angry and outraged. The NYC Arts Cypher having an open door policy invited people

of the community to voice their concerns here. Mike volunteered many hours of his time and spoke to the community in private sessions, although it turned into a debate at times, Mike really diffused the situation, people left satisfied they voiced their opinions but I believe had a better understanding of why this happened and the possible future outcomes. I also believe through Mike's help, the community was safer and more at peace with the incident. I have personally witnessed youths telling other youths how to conduct themselves when interacting with Police because of Mikes' words.

Mike is resourceful, kind, and giving. To say he would take the shirt off his back to help a stranger would be an understatement. Mike is a gentleman and there have been many times he has helped my family and I, in more ways than we can mention. My kids and I have always enjoyed the time we spent with Mike's family, our kids are friends since birth.

When I found out that Mike had a legal issue, I first asked him if he was OK and if there was anything I can do for him, as I know he would do the same for me. Then he explained the issue he had on his hands and I can see where something like this could be slippery. He also mentioned the outcome of his issue, and being guilty and that he needed to save his family the grief and pain to endure a costly and lengthy trial so he accepted responsibility quickly. Mike is a great person with a heart of gold, he expressed sincere sorrow and remorse to me and even asked if this was something that needed to be discussed with anyone that knows him or asked about him at the the NYC Arts Cypher.

In closing, Mike realizes the severity of his actions and now his family is his main concern. If given the opportunity, Mike could turn this negative into a huge positive. Not only for his own family, but for the whole community. He has, and I am very positive will still, go on helping me with my mission in promoting positive values for the kids.



After watching Mike patiently speak over the years to the people of the community, I am convinced he respects the law and promotes respect for the law. The NYC Arts Cypher considers Michaels help to be invaluable to the community. Michael helps us project positive values onto youths and neighborhood artists in our community, and he has never turned down a request to talk to a person or a group when he was asked. If Mike should be incarcerated it will be a tremendous financial, and mental burden for Jill and his children and his 2 very sick elderly parents. There is a large unpaid balance owed for legal fees which will certainly be a burden on his family, and their day to day living and education expenses will be hard to earn if he's away. For these reasons I ask that on February 8th, 2016, you sentence Mike as leniently as possible by law, if any good person deserves that its him.

Respectfully,

Charles Balducci

Founder President
NYC Arts Cypher 501c3
12 Broad Street
Staten Island NY 10304
O:718.981.8510
C:917.295.0017

JAMES M. SLEVIN
*President*                LAD. 7

GERARD FITZGERALD
*Vice President*          ENG. 318

LeROY McGINNIS
*Recording Secretary*   ENG. 266

EDWARD BROWN
*Treasurer*               LAD. 48

MICHAEL SCHREIBER
*Sergeant-at-Arms*
*Health & Safety Officer* LAD. 116



OF GREATER NEW YORK
Local 94, I.A.F.F. AFL-CIO

204 EAST 23rd STREET, NEW YORK, N.Y. 10010
Tel (212) 683-4832 • Fax (212) 683-0690 • http://www.ufanyc.org

JOHN G. KELLY, JR.
*Brooklyn Trustee*
*Chairman of the Board*   ENG. 201

MATTHEW DESJARDIN
*Queens Trustee*          ENG. 325

ERIC BISCHOFF
*Staten Island Trustee*   ENG. 161

VINCENT SPECIALE
*Manhattan Trustee*       ENG. 55

WILLIAM GRECO
*Bronx Trustee*           ENG. 68

STEVEN TAGLIANI
*Fire Marshal Representative*

November 3rd, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn N.Y. 11201

RE: Michael Rizzi

Your Honor,

My name is Eric Bischoff. I am the Staten Island Borough Trustee for the Uniformed Firefighters Association of New York City. I am an elected, Executive Board Member of the UFA that represents nearly 20,000 active and retired New York City Firefighters.

Mr. Rizzi and I have been friends for nearly 25 years. We had attended Port Richmond High School together, and have been lifelong friends ever since. I have the pleasure of also knowing his wonderful wife Jill, and his beautiful children, Brooke and Michael Jr. He has been a truly dedicated family man, and a wonderful father to both of his children.

He is also extremely hard working. He was a dedicated police officer, who's career was cut short by injury. Mr. Rizzi possesses a burning desire to provide his family a stable, middle class lifestyle.

I do not, in any way condone Mr. Rizzi's conduct. He had confided in me the details of his activities after his arrest. I believe his expressions of remorse that he had shared were heartfelt. Knowing Mike as well and as long as I do, I believe his contrition to be sincere.

I have personally witnessed Mr. Rizzi's generous spirit, as he helped many people in need. In particular, we have a long time, dear friend in common, Andrew Friedman. Andrew had suffered from severe Alcoholism. Mike had spent countless hours with Andrew to help him through numerous rehabilitation's. He gave Andrew invaluable support while he battled with his addiction. While many friends turned away, Mike was always playing a supporting role to help in any way he could. Andrew lost his battle with alcohol, and died a year ago at the age of 44. Needless to say, Mike was devastated. His efforts to help Andrew were moving, and inspirational.

It is my sincere belief that Mr. Rizzi has learned and grown from this terrible experience. He understands that his actions were wrong, and he greatly regrets his actions. However, Society would gain no benefit to any incarceration for Mr. Rizzi. In fact, his family would suffer tremendously in his absence. His children would be lost. I humbly ask the Court for leniency.

Sincerely,

Eric Bischoff
Staten Island Trustee
Uniformed Firefighters Association
212-545-6971

December 31, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Michael Rizzi

Dear Judge Amon,

It is with great humility and remorse that I write this letter. During the plea process, I was informed I would have only limited time, if any, to speak to you and was advised to write. I sincerely apologize to my wife, Jill, my children, Michael and Brooke, my elderly parents, James and Anna Rizzi, who are in very poor health, and my brother, James Rizzi Jr., who is a retired 20 year Police Detective who I admired growing up and have always tried to follow in his footsteps and to you, Judge Amon, for my actions. As a young man, at 20 years old, I became a NYC Police Officer and was unfortunately forced to retire 17 years ago at 29 due to a line of duty injury. A few years later, in 2003, with partners, I opened an adult retail store and have managed it ever since.

I realize now the many consequences of my actions. One of the greatest of them involves my parents. My mother, Anna, is an 83-year-old breast cancer survivor and was recently diagnosed with C.L.L. (Chronic Lymphocytic Leukemia), a very aggressive form of Leukemia. My father, James, is 86 years old and was diagnosed with Stage 3 Bladder Cancer two years ago. After completing his treatments of chemotherapy and radiation, he fell and broke his hip and needed emergency surgery. I am their primary caregiver. The responsibility of their well-being falls mostly upon me as my brother works full time. I take both of them to all of their doctors' appointments, therapies, and treatments, and maintain their medicine schedule on a daily basis. I understand that there is no one to blame but myself if I were to be sentenced to imprisonment; however, my parents will surely suffer. Additionally, my mother-in-law has been diagnosed with lung cancer. Jill and I, amongst others,

also care for her mentally ill brother from time to time. Another massive concern is one involving my wife and children. Aside from the pain and emotional turmoil they will experience, they will also suffer with a great financial burden; two children in Catholic School, my daughter starting Catholic High School in January 2018, the balance of legal bills, and the regular day-to-day financial responsibilities. I am unsure if it is even possible for my wife, Jill, to carry this all on her own which may lead to the necessary removal of our children from their current school and taking them from their friends which will further compound this already unbearable situation. Again, I realize I only have myself to blame.

Your Honor, please understand it was never my intention to start an illegal business. It was my intention to start a legal escort companionship service. I had read online and in newspapers about how they are very profitable and about how there are tens of thousands in the United States and hundreds of thousands in the world. I researched and learned about getting top placement on Internet search engines and how to market to wealthy clientele for the business. I had models who requested to be listed on my websites read and sign contracts stating they would not do anything illegal. I did not use "shell corporations" nor did I try to hide my identity or nature of the business to banks or merchant processing companies. I reported every dime of income to the IRS and reported all escort subcontractors' earnings via 1099 to the IRS. The employees who worked for me were always instructed never to provide service to any clients asking for anything illegal and to notify me so I could "black list" their phone numbers. My employees were paid salaries and issued W-2 forms and all income was reported to the IRS. I did understand this business could be risky and it must be strictly managed to avoid the exact situation I now find myself in.

Your Honor, I also would like to let you know exactly **where I went wrong**. I, honestly, was never aware of specifically what went on between escorts and clients behind closed doors. Appointments were made for dinner dates, movies or a show, parties and often simply for companionship; very often never ending up behind a closed door. On occasion, I would find out from other escorts or clients that someone had engaged in prostitution. From the start

and most often, when this happened, I cancelled the model's contract and let her go. However, on a couple of occasions, where there were no complaints, **I turned a blind eye to it.** When I began noticing illegal transactions happening now and again, I drastically slowed down advertising in an attempt to get a better grip on the business. This was hard as everyone was happy. There was rarely a complaint from a model escort or a client. I only heard from clients how delighted they were with their companion or from an escort how great she thought the client was, and was asked to please notify her if he calls again. However, I did my best to get a handle on things but by this time, it was too late. I was arrested stemming from an investigation into the person who designed my first website and initially did Search Engine Optimization (SEO) for me, Marc Schulman. Marc was very knowledgeable about the business and excellent in SEO. After about 6 months of Marc Schulman doing my web designs and SEO I learned how to do it on my own and his services were no longer needed. Marc was arrested about 1 year later. I researched the escort business as much as I could on my own and even got legal advice on how to do it right. When subcontractor escorts asked me for legal advice I told them to read their contracts, refer to website disclaimers and always replied, "You cannot engage in sex in exchange for money." Although applications from escorts came to my email (as I cannot control who emails me) stating, "I love sex," I never hired them. If I found out an escort listed themselves on known prostitution websites such as "The Escort Review," I didn't hire them. And lastly, I never advertised anywhere that was known to be a prostitution advertisement web page.

Because I wanted to take responsibility for the illegal transactions I processed, I expressed to my attorney that I did not want to waste the time of the Court or the US Attorney's office and entered a guilty plea within 4 months of my arrest. In the interest of justice I wanted to plead guilty as soon as I could. I didn't want to request anything by motion from the court or cause anyone to have any extra work because I am guilty. I have caused my family and myself major embarrassment and I will spend a lifetime making this up to them. My good name is now destroyed for a lifetime; my credit score has already gone down over 100 points and 3 banks have

dropped me as a client and closed my credit card accounts. Pondering over the fact that I may be sentenced to prison, during which time I may lose my parents and not be there for my wife and children, has been unbearable for me and causes me severe anxiety and depression. I believe that I should be accountable for my actions. I believe in our justice system and know the court will be fair and impartial. I ask you, Your Honor, to please consider my 9 years of service to the New York City Police Department, the impact on my family, my current health problems, the health problems of my parents and in-laws and my past and current charitable work when sentencing me for my actions. I assure you, Your Honor, you will never see me or hear of me in a courtroom again. There will be no more gray areas in my life; a zero tolerance for anything illegal. I attest to you that all future business ventures, if any, will only be considered if they are without variables and/or gray areas and are100% legal. I have truly learned my lesson through the terrible pain and suffering I have caused my family, through my own anxiety and depression and through the burden and embarrassment of now being a convicted felon.

Sincerely,

Michael Rizzi

December 2ⁿᵈ, 2016

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Michael Rizzi

Your Honor my name is J.A. Cragg and I am writing you on the behalf of Michael Rizzi.
I grew up in Arizona in a home with high values and standards. My father was a Decorated World War II veteran and retired as a Yuma County Sheriff in Arizona. I have the greatest respect for the laws across the nation and have never had even a traffic violation. I moved to Staten Island in 1996 to open the Home Depot as the store manager. While living, and working on Staten Island I met Michael Rizzi through a mutual friend and we became close respectful friends. I became a family friend and have had dinner with Michael and his family often. In addition to our children's birthday parties, holidays and even vacations together. His father Jimmy who I have the deepest respect for became a friend and worked in my store until his heart attack, thank god he survived. I have stayed in contact with the Rizzi's since we met in 1996. I would always assure when I traveled for business or pleasure that I would stop and pay my respects to the Rizzi family as I was treated like a son and a brother. Michael is a generous kind caring man who puts his family and close friends first.

As example of his character. I was injured and am still disabled. Michael was there for me with food, rides to and from doctors and supported me without asking. There was no refusing

he and his family's help as they insisted to respectfully treat me as family. I write you simply as I have a genuine love and deep respect for Michael and his family. And at a time like this where he faces incarceration troubles me emotionally. I have given references for many people in my life for jobs, security clearance, college and such. But I have not been confronted with the situation Michael faces now. I write you to say I believe in the law all laws and there are consequences when you break them and this is one of those times. I know you will make the best decision weighing all the facts and following the letter of the law but still wanted to tell you Michael Rizzi is not now or ever will be a danger to society, it would only be a loss to many including his family if he is not around. He has told me the circumstances of his arrest and expressed so much remorse that I know he will only follow the letter of the law in the future. For all the reasons, I speak of today, I respectfully ask Your Honor to sentence Michael to probation for this matter.

I have learned valuable lessons in my 55 years in life, when I am to make important decisions to keep my ego out of it and secondly and most important is to realize the only way I can be objective to a situation is to be subjected to it. I ask of you your Honor that when you make your sentencing decision that you see Michael as I lifelong law abiding person that made an error in his judgement and decision making about what he did. And that you consider his former career as a Police Officer, his being a father, a son, and a man that has the respect of many including myself. The best compliment and value I see in Michael Rizzi is trust. I am a disabled single father raising a nine-year-old daughter. I have her in a private catholic school more for safety then religion. I trust a select few people that I can count on one hand, and Michael Rizzi is one of them.

If there is a way to meet with you in person to speak on his behalf, or possibly speak on the phone, I would be honored as he means a lot to me, just name the time, I will fly there to do so if needed. Thank you for taking your precious time out of your

Sincerely and kindest regards.

J.A. Cragg
1011 Hampton Court
Kennesaw Ga 30144
(714) 916-4482

**CITY OF NEW YORK**

December 15, 1999

Michael Rizzi
Police Officer
Tax Registry #
SS#
9 Precinct

Dear Officer Rizzi:

The Integrity Review Board has informed me of your performance in our fight against corruption.

Courtesy, professionalism and respect are the principles, which shape the policies and operational philosophy of the New York Police Department. Your actions speak very clearly of your commitment to the highest standards of professional conduct.

Please be assured that your faithfulness to your oath of service has earned my appreciation in addition to that of the people of New York whom we serve. Thank you for acting in a way that brings credit and praise to the finest law enforcement agency in the world.

It is important to acknowledge exceptional performance and therefore I have directed the Chief of Personnel to include a copy of this letter in your permanent personnel file.

Again, thank you and keep up your good work.

Sincerely,

Howard Safir
POLICE COMMISSIONER

HS: mca
Cc: Personnel Bureau
    Command Personnel Folder
    C.O., Employee Relations Section