**Exhibit B:** The Defendant's Medical Records are included for the Court's consideration of his appropriate sentence. The Records have been provided to the Court, the Government, and Probation in hard copy and will not be filed on the Electronic Case Filing System.