INDICTMENT

SUPREME   COURT   OF   THE   STATE   OF   NEW   YORK
COUNTY   OF   QUEENS

------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK      |
                                         |
            -AGAINST-                    |   FILED:
                                         |
X.   JOSEPH J. FAFONE                    |   INDICTMENT NO. 2146/2009
X.   ERIK HARP                           |
X.   JOSEPH P. FAFONE                    |
X.   DAVID VALERIO                       |
X.   LOUIS LIPPA                         |
X.   THOMAS FARLEY                       |
X.   LESTER KLEIN                        |
X.   AMANDA MERCER                       |
X.   ROBERT RASMUSSEN                    |
X.   GAIL HARRIS                         |
X.   MIKE SHERIDAN                       |
X.   ANDRE LEPIZ                         |
X.   JONATHAN PIANSKY                    |
X.   ANDREW BERG                         |
X.   JERRY DICRESCE                      |
X.   JOSEPH CATALANOTTO                  |
X.   DAVID GOLDMAN                       |
X.   LOUIS CASSERO                       |
X.   ROBERT STAMPF                       |
X.   JOSEPH PONTARELLI                   |
X.   EDWARD LaROCCO                      |
X.   MATTHEW SCHMALACKER                 |
X.   PHILIP CESARIO                      |
X.   JOHN BOWLING                        |
X.   ROBERT WEHNERT                      |
X.   LOUIS TODISCO                       |
X.   ROBERT AGLIALORO                    |
X.   EDWARD KENNY                        |
X.   DAVID STRICKLAND                    |
X.   MICHAEL RIZZI                       |
X.   JJF CONSULTING SERVICES, INC.       |
                                         |
                    DEFENDANTS.          |
------------------------------------------X

-1-

(1) Penal Law § 460.20[1]: Enterprise Corruption

(Joseph J. Fafone)
(Erik Harp)
(Mike Sheridan)
(Andre Lepiz)
(Lester Klein)
(Thomas Farley)
(Robert Rasmussen)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(Gail Harris)
(David Valerio)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Joseph Catalanotto)
(David Goldman)
(Louis Cassero)
(Robert Stampf)
(Joseph Pontarelli)
(Edward LaRocco)
(Matthew Schmalacker)
(Philip Cesario)
(John Bowling)
(Robert Wehnert)
(Louis Todisco)
(Robert Aglialoro)
(Edward Kenny)
(David Strickland)
(Michael Rizzi)
(JJF Consulting
Services, Inc.)

(2) Penal Law § 225.10[1]: Promoting Gambling in the First Degree

(Joseph J. Fafone)
(Erik Harp)
(JJF Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)

(3) Penal Law § 225.10[1]: Promoting Gambling in the First Degree

(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)

(4) Penal Law § 225.10[1]: Promoting Gambling in the First Degree

(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)

(5) Penal Law § 225.10[1]: Promoting Gambling in the First Degree

(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)

(6) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)

(7) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)

(8) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)

-4-

(9) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)

(10) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Andrew Berg)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)

(11) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Jerry Dicresce)
(Robert Stampf)

(12) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF          Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)

(13) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF          Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)

(14) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF          Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Lester Klein)
(Jonathan Piansky)
(Jerry Dicresce)
(Robert Stampf)

(15) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF       Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)
(Joseph Pontarelli)

(16) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF       Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)

(17) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF       Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)
(Louis Cassero)

(18) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF        Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)

(19) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF        Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Joseph Pontarelli)
                                        (Louis Cassero)

(20) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF        Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Joseph Pontarelli)
                                        (Louis Cassero)

-8-

(21) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)
(Louis Cassero)

(22) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)
(Louis Cassero)

(23) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)
(Louis Cassero)

(24) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                                (Joseph J. Fafone)
                                                (Erik Harp)
                                                (JJF     Consulting
                                                Services, Inc.)
                                                (Mike Sheridan)
                                                (Andre Lepiz)
                                                (Joseph P. Fafone)
                                                (Amanda Mercer)
                                                (Louis Lippa)
                                                (David Valerio)
                                                (Thomas Farley)
                                                (Jerry Dicresce)
                                                (Robert Stampf)
                                                (Joseph Pontarelli)

(25) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                                (Joseph J. Fafone)
                                                (Erik Harp)
                                                (JJF     Consulting
                                                Services, Inc.)
                                                (Mike Sheridan)
                                                (Andre Lepiz)
                                                (Joseph P. Fafone)
                                                (Amanda Mercer)
                                                (Louis Lippa)
                                                (David Valerio)
                                                (Thomas Farley)
                                                (Jerry Dicresce)
                                                (Robert Stampf)
                                                (Joseph Pontarelli)

(26) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                                (Joseph J. Fafone)
                                                (Erik Harp)
                                                (JJF     Consulting
                                                Services, Inc.)
                                                (Mike Sheridan)
                                                (Andre Lepiz)
                                                (Joseph P. Fafone)
                                                (Amanda Mercer)
                                                (Louis Lippa)
                                                (David Valerio)
                                                (Thomas Farley)
                                                (Jerry Dicresce)
                                                (Robert Stampf)
                                                (Joseph Pontarelli)
                                                (Louis Cassero)

(27)  Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF        Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)
(Louis Cassero)

(28)  Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF        Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)
(Louis Cassero)

(29)  Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF        Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)

(30) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)

(31) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Joseph Pontarelli)

(32) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)

(33) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF    Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)

(34) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF    Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Louis Cassero)

(35) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF    Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Louis Cassero)
                                        (David Goldman)

-13-

(36) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF       Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)
(David Goldman)

(37) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF       Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)
(David Goldman)

(38) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF       Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)
(David Goldman)

(39) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                              (Joseph J. Fafone)
                                              (Erik Harp)
                                              (JJF      Consulting
                                              Services, Inc.)
                                              (Mike Sheridan)
                                              (Andre Lepiz)
                                              (Joseph P. Fafone)
                                              (Amanda Mercer)
                                              (Louis Lippa)
                                              (David Valerio)
                                              (Thomas Farley)
                                              (Jerry Dicresce)
                                              (Robert Stampf)

(40) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                              (Joseph J. Fafone)
                                              (Erik Harp)
                                              (JJF      Consulting
                                              Services, Inc.)
                                              (Mike Sheridan)
                                              (Andre Lepiz)
                                              (Joseph P. Fafone)
                                              (Amanda Mercer)
                                              (Louis Lippa)
                                              (David Valerio)
                                              (Thomas Farley)
                                              (Jerry Dicresce)
                                              (Robert Stampf)
                                              (Louis Cassero)
                                              (David Goldman)

(41) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                              (Joseph J. Fafone)
                                              (Erik Harp)
                                              (JJF      Consulting
                                              Services, Inc.)
                                              (Mike Sheridan)
                                              (Andre Lepiz)
                                              (Joseph P. Fafone)
                                              (Amanda Mercer)
                                              (Louis Lippa)
                                              (David Valerio)
                                              (Thomas Farley)
                                              (Jerry Dicresce)
                                              (Robert Stampf)
                                              (Louis Cassero)

(42) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)

(43) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)
(Louis Cassero)

(44) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Jerry Dicresce)
(Robert Stampf)

-16-

(45) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (David Goldman)

(46) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (David Goldman)

(47) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Thomas Farley)
                                        (Edward LaRocco)
                                        (Matthew Schmalacker)

(48) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                             (Joseph J. Fafone)
                                             (Erik Harp)
                                             (JJF      Consulting
                                             Services, Inc.)
                                             (Mike Sheridan)
                                             (Andre Lepiz)
                                             (Joseph P. Fafone)
                                             (Amanda Mercer)
                                             (Louis Lippa)
                                             (David Valerio)
                                             (Thomas Farley)
                                             (Edward LaRocco)
                                             (Matthew Schmalacker)

(49) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                             (Joseph J. Fafone)
                                             (Erik Harp)
                                             (JJF      Consulting
                                             Services, Inc.)
                                             (Mike Sheridan)
                                             (Andre Lepiz)
                                             (Joseph P. Fafone)
                                             (Amanda Mercer)
                                             (Louis Lippa)
                                             (David Valerio)
                                             (Joseph Catalanotto)

(50) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                             (Joseph J. Fafone)
                                             (Erik Harp)
                                             (JJF      Consulting
                                             Services, Inc.)
                                             (Mike Sheridan)
                                             (Andre Lepiz)
                                             (Joseph P. Fafone)
                                             (Amanda Mercer)
                                             (Louis Lippa)
                                             (David Valerio)
                                             (Joseph Catalanotto)

(51) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                         (Joseph J. Fafone)
                                         (Erik Harp)
                                         (JJF    Consulting
                                         Services, Inc.)
                                         (Mike Sheridan)
                                         (Andre Lepiz)
                                         (Joseph P. Fafone)
                                         (Amanda Mercer)
                                         (Louis Lippa)
                                         (David Valerio)
                                         (Joseph Catalanotto)

(52) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                         (Joseph J. Fafone)
                                         (Erik Harp)
                                         (JJF    Consulting
                                         Services, Inc.)
                                         (Mike Sheridan)
                                         (Andre Lepiz)
                                         (Joseph P. Fafone)
                                         (Amanda Mercer)
                                         (Louis Lippa)
                                         (David Valerio)
                                         (Joseph Catalanotto)

(53) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                         (Joseph J. Fafone)
                                         (Erik Harp)
                                         (JJF    Consulting
                                         Services, Inc.)
                                         (Mike Sheridan)
                                         (Andre Lepiz)
                                         (Joseph P. Fafone)
                                         (Amanda Mercer)
                                         (Louis Lippa)
                                         (David Valerio)
                                         (Joseph Catalanotto)

(54) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                         (Joseph J. Fafone)
                                         (Erik Harp)
                                         (JJF    Consulting
                                         Services, Inc.)
                                         (Mike Sheridan)
                                         (Andre Lepiz)
                                         (Joseph P. Fafone)
                                         (Amanda Mercer)
                                         (Louis Lippa)
                                         (David Valerio)
                                         (Joseph Catalanotto)

(55) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Joseph Catalanotto)

(56) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Joseph Catalanotto)

(57) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Thomas Farley)
(Edward LaRocco)
(Matthew Schmalacker)

-20-

(58) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                    (Joseph J. Fafone)
                                    (Erik Harp)
                                    (JJF     Consulting
                                    Services, Inc.)
                                    (Mike Sheridan)
                                    (Andre Lepiz)
                                    (Joseph P. Fafone)
                                    (Amanda Mercer)
                                    (Louis Lippa)
                                    (David Valerio)
                                    (Thomas Farley)
                                    (Edward LaRocco)
                                    (Matthew Schmalacker)

(59) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                    (Joseph J. Fafone)
                                    (Erik Harp)
                                    (JJF     Consulting
                                    Services, Inc.)
                                    (Mike Sheridan)
                                    (Andre Lepiz)
                                    (Joseph P. Fafone)
                                    (Amanda Mercer)
                                    (Louis Lippa)
                                    (David Valerio)
                                    (Thomas Farley)
                                    (Edward LaRocco)
                                    (Matthew Schmalacker)

(60) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                    (Joseph J. Fafone)
                                    (Erik Harp)
                                    (JJF     Consulting
                                    Services, Inc.)
                                    (Mike Sheridan)
                                    (Andre Lepiz)
                                    (Joseph P. Fafone)
                                    (Amanda Mercer)
                                    (Louis Lippa)
                                    (David Valerio)
                                    (Thomas Farley)
                                    (Edward LaRocco)
                                    (Matthew Schmalacker)

(61) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                          (Joseph J. Fafone)
                                          (Erik Harp)
                                          (JJF      Consulting
                                          Services, Inc.)
                                          (Mike Sheridan)
                                          (Andre Lepiz)
                                          (Joseph P. Fafone)
                                          (Amanda Mercer)
                                          (Louis Lippa)
                                          (David Valerio)
                                          (Thomas Farley)
                                          (Edward LaRocco)
                                          (Matthew Schmalacker)

(62) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                          (Joseph J. Fafone)
                                          (Erik Harp)
                                          (JJF      Consulting
                                          Services, Inc.)
                                          (Mike Sheridan)
                                          (Andre Lepiz)
                                          (Joseph P. Fafone)
                                          (Amanda Mercer)
                                          (Louis Lippa)
                                          (David Valerio)
                                          (Thomas Farley)
                                          (Edward LaRocco)
                                          (Matthew Schmalacker)

(63) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                          (Joseph J. Fafone)
                                          (Erik Harp)
                                          (JJF      Consulting
                                          Services, Inc.)
                                          (Mike Sheridan)
                                          (Andre Lepiz)
                                          (Joseph P. Fafone)
                                          (Amanda Mercer)
                                          (Louis Lippa)
                                          (David Valerio)
                                          (Jerry Dicresce)
                                          (Robert Stampf)
                                          (Louis Cassero)

(64) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Philip Cesario)

(65) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Philip Cesario)

(66) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Philip Cesario)

(

67)  Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                            (Joseph J. Fafone)
                                            (Erik Harp)
                                            (JJF      Consulting
                                            Services, Inc.)
                                            (Mike Sheridan)
                                            (Andre Lepiz)
                                            (Joseph P. Fafone)
                                            (Amanda Mercer)
                                            (Louis Lippa)
                                            (David Valerio)
                                            (Jerry Dicresce)
                                            (Robert Stampf)
                                            (Philip Cesario)

(68)  Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                            (Joseph J. Fafone)
                                            (Erik Harp)
                                            (JJF      Consulting
                                            Services, Inc.)
                                            (Mike Sheridan)
                                            (Andre Lepiz)
                                            (Joseph P. Fafone)
                                            (Amanda Mercer)
                                            (Louis Lippa)
                                            (David Valerio)
                                            (Jerry Dicresce)
                                            (Robert Stampf)
                                            (Philip Cesario)

(69)  Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                            (Joseph J. Fafone)
                                            (Erik Harp)
                                            (JJF      Consulting
                                            Services, Inc.)
                                            (Mike Sheridan)
                                            (Andre Lepiz)
                                            (Joseph P. Fafone)
                                            (Amanda Mercer)
                                            (Louis Lippa)
                                            (David Valerio)
                                            (Jerry Dicresce)
                                            (Robert Stampf)
                                            (Philip Cesario)

(70)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Philip Cesario)

(71)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Philip Cesario)

(72)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Philip Cesario)

(73) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Jerry Dicresce)
(Robert Stampf)
(Philip Cesario)

(74) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Jerry Dicresce)
(Robert Stampf)
(Philip Cesario)

(75) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF      Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Jerry Dicresce)
(Robert Stampf)
(Philip Cesario)

(76) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF     Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Robert Stampf)
                                        (Philip Cesario)

(77) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF     Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)

(78) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF     Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)

(79) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF     Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Robert Wehnert)
                                        (David Strickland)

(80) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF        Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(David Strickland)

(81) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF        Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Robert Wehnert)
(David Strickland)

(82) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF        Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Robert Wehnert)
(David Strickland)

(83) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Robert Wehnert)
(David Strickland)

(84) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Robert Wehnert)
(David Strickland)

(85) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF     Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(David Strickland)

```
(86) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                              (Joseph J. Fafone)
                                              (Erik Harp)
                                              (JJF      Consulting
                                              Services, Inc.)
                                              (Mike Sheridan)
                                              (Andre Lepiz)
                                              (Joseph P. Fafone)
                                              (Amanda Mercer)
                                              (Louis Lippa)
                                              (David Valerio)
                                              (Robert Wehnert)
                                              (David Strickland)

(87) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                              (Joseph J. Fafone)
                                              (Erik Harp)
                                              (JJF      Consulting
                                              Services, Inc.)
                                              (Mike Sheridan)
                                              (Andre Lepiz)
                                              (Joseph P. Fafone)
                                              (Amanda Mercer)
                                              (Louis Lippa)
                                              (David Valerio)
                                              (Robert Wehnert)
                                              (David Strickland)

(88) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                              (Joseph J. Fafone)
                                              (Erik Harp)
                                              (JJF      Consulting
                                              Services, Inc.)
                                              (Mike Sheridan)
                                              (Andre Lepiz)
                                              (Joseph P. Fafone)
                                              (Amanda Mercer)
                                              (Louis Lippa)
                                              (David Valerio)
                                              (Robert Wehnert)
                                              (David Strickland)
```

(89) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF       Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Robert Wehnert)
                                        (David Strickland)

(90) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF       Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Robert Wehnert)
                                        (David Strickland)

(91) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF       Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (David Strickland)

(92) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Robert Wehnert)
(Louis Todisco)
(Robert Aglialoro)
(John Bowling)
(Robert Rasmussen)

(93) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Robert Wehnert)
(Louis Todisco)
(Robert Aglialoro)

(94) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Robert Wehnert)
(Louis Todisco)
(Robert Aglialoro)

(95) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Robert Wehnert)
                                        (Louis Todisco)
                                        (Robert Aglialoro)
                                        (John Bowling)
                                        (Robert Rasmussen)

(96) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Robert Wehnert)
                                        (Louis Todisco)
                                        (Robert Aglialoro)

(97) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Robert Wehnert)
                                        (Louis Todisco)
                                        (Robert Aglialoro)

(98) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF    Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(99) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF    Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(100) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF    Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(101) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF    Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(102)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                           (Joseph J. Fafone)
                                           (Erik Harp)
                                           (JJF    Consulting
                                           Services, Inc.)
                                           (Mike Sheridan)
                                           (Andre Lepiz)
                                           (Joseph P. Fafone)
                                           (Amanda Mercer)
                                           (Louis Lippa)
                                           (David Valerio)
                                           (Edward Kenny)

(103)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                           (Joseph J. Fafone)
                                           (Erik Harp)
                                           (JJF    Consulting
                                           Services, Inc.)
                                           (Mike Sheridan)
                                           (Andre Lepiz)
                                           (Joseph P. Fafone)
                                           (Amanda Mercer)
                                           (Louis Lippa)
                                           (David Valerio)
                                           (Edward Kenny)

(104)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                           (Joseph J. Fafone)
                                           (Erik Harp)
                                           (JJF    Consulting
                                           Services, Inc.)
                                           (Mike Sheridan)
                                           (Andre Lepiz)
                                           (Joseph P. Fafone)
                                           (Amanda Mercer)
                                           (Louis Lippa)
                                           (David Valerio)
                                           (Edward Kenny)

(105)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                           (Joseph J. Fafone)
                                           (Erik Harp)
                                           (JJF    Consulting
                                           Services, Inc.)
                                           (Mike Sheridan)
                                           (Andre Lepiz)
                                           (Joseph P. Fafone)
                                           (Amanda Mercer)
                                           (Louis Lippa)
                                           (David Valerio)
                                           (Edward Kenny)

(106) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(107) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(108) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(109) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Edward Kenny)

(110) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Edward Kenny)

(111) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Edward Kenny)

(112) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Michael Rizzi)

(113) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
(Joseph J. Fafone)
(Erik Harp)
(JJF    Consulting
Services, Inc.)
(Mike Sheridan)
(Andre Lepiz)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Michael Rizzi)

(114)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Michael Rizzi)

(115)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Michael Rizzi)

(116)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Michael Rizzi)

(117)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (JJF      Consulting
                                        Services, Inc.)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Michael Rizzi)

(118)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                            (Joseph J. Fafone)
                                            (Erik Harp)
                                            (JJF      Consulting
                                            Services, Inc.)
                                            (Mike Sheridan)
                                            (Andre Lepiz)
                                            (Joseph P. Fafone)
                                            (Amanda Mercer)
                                            (Louis Lippa)
                                            (David Valerio)
                                            (Michael Rizzi)
                                            (Robert Rasmussen)
                                            (John Bowling)

(119)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                            (Joseph J. Fafone)
                                            (Erik Harp)
                                            (JJF      Consulting
                                            Services, Inc.)
                                            (Mike Sheridan)
                                            (Andre Lepiz)
                                            (Joseph P. Fafone)
                                            (Amanda Mercer)
                                            (Louis Lippa)
                                            (David Valerio)
                                            (Michael Rizzi)

(120)  Penal Law § 225.10[1]:  Promoting Gambling in the First Degree
                                            (Joseph J. Fafone)
                                            (Erik Harp)
                                            (JJF      Consulting
                                            Services, Inc.)
                                            (Mike Sheridan)
                                            (Andre Lepiz)
                                            (Joseph P. Fafone)
                                            (Amanda Mercer)
                                            (Louis Lippa)
                                            (David Valerio)
                                            (Michael Rizzi)

(121) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                    (Joseph J. Fafone)
                                    (Erik Harp)
                                    (JJF      Consulting
                                    Services, Inc.)
                                    (Mike Sheridan)
                                    (Andre Lepiz)
                                    (Joseph P. Fafone)
                                    (Amanda Mercer)
                                    (Louis Lippa)
                                    (David Valerio)
                                    (Michael Rizzi)

(122) Penal Law § 225.10[1]: Promoting Gambling in the First Degree
                                    (Joseph J. Fafone)
                                    (Erik Harp)
                                    (JJF      Consulting
                                    Services, Inc.)
                                    (Mike Sheridan)
                                    (Andre Lepiz)
                                    (Joseph P. Fafone)
                                    (Amanda Mercer)
                                    (Louis Lippa)
                                    (David Valerio)
                                    (Michael Rizzi)

(123) Penal Law § 470.05[2][a][ii][A][b]:   Money Laundering in the
                                    Fourth Degree
                                    (Joseph J. Fafone)
                                    (Joseph P. Fafone)
                                    (Gail Harris)

(124)) Penal Law § 470.15[3][b][i][B][ii]:   Money Laundering in the
                                    Second Degree
                                    (Joseph J. Fafone)
                                    (Joseph P. Fafone)
                                    (Gail Harris)

(125) Penal Law § 470.15[3][b][i][B][ii]:   Money Laundering in the
                                    Second Degree
                                    (Joseph J. Fafone)
                                    (Joseph P. Fafone)
                                    (Gail Harris)

(126) Penal Law § 470.15[3][b][i][A][ii]:   Money Laundering in the
                                    Second Degree
                                    (Joseph J. Fafone)
                                    (Joseph P. Fafone)
                                    (Gail Harris)

(127) Penal Law § 470.15[3][b][i][A][ii]:   Money Laundering in the Second Degree
                                             (Joseph J. Fafone)
                                             (Joseph P. Fafone)
                                             (Gail Harris)

(128) Penal Law § 470.20[1][b][i][A]:   Money Laundering in the First Degree
                                        (Joseph J. Fafone)
                                        (Erik Harp)
                                        (Mike Sheridan)
                                        (Andre Lepiz)
                                        (Lester Klein)
                                        (JJF      Consulting Services, Inc.)
                                        (Robert Rasmussen)
                                        (Joseph P. Fafone)
                                        (Amanda Mercer)
                                        (Louis Lippa)
                                        (David Valerio)
                                        (Jerry Dicresce)
                                        (Joseph Catalanotto)
                                        (John Bowling)
                                        (Robert Wehnert)
                                        (Edward Kenny)
                                        (David Strickland)

(129)  Penal Law § 105.05[1]: Conspiracy in the Fifth Degree
                                    (Joseph J. Fafone)
                                    (Erik Harp)
                                    (Mike Sheridan)
                                    (Andre Lepiz)
                                    (Lester Klein)
                                    (Thomas Farley)
                                    (Robert Rasmussen)
                                    (Joseph P. Fafone)
                                    (Amanda Mercer)
                                    (Louis Lippa)
                                    (David Valerio)
                                    (Jonathan Piansky)
                                    (Andrew Berg)
                                    (Jerry Dicresce)
                                    (Joseph Catalanotto)
                                    (David Goldman)
                                    (Louis Cassero)
                                    (Robert Stampf)
                                    (Joseph Pontarelli)
                                    (Edward LaRocco)
                                    (Matthew   Schmalacker)
                                    (Philip Cesario)
                                    (John Bowling)
                                    (Robert Wehnert)
                                    (Louis Todisco)
                                    (Robert Aglialoro)
                                    (Edward Kenny)
                                    (David Strickland)
                                    (Michael Rizzi)
                                    (JJF      Consulting
                                    Services, Inc.)

(130)  Penal Law § 105.05[1]: Conspiracy in the Fifth Degree
                                    (Joseph J. Fafone)
                                    (Joseph P. Fafone)
                                    (Gail Harris)

(131) Penal Law § 105.05[1]: Conspiracy in the Fifth Degree

(Joseph J. Fafone)
(Erik Harp)
(Mike Sheridan)
(Andre Lepiz)
(Lester Klein)
(JJF Consulting Services, Inc.)
(Robert Rasmussen)
(Joseph P. Fafone)
(Amanda Mercer)
(Louis Lippa)
(David Valerio)
(Jerry Dicresce)
(Joseph Catalanotto)
(John Bowling)
(Robert Wehnert)
(Edward Kenny)
(David Strickland)

A TRUE BILL

_____

FOREPERSON

DISTRICT ATTORNEY

## COUNT ONE
### ENTERPRISE CORRUPTION

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, each aiding and acting in concert with each other and others known and unknown to the Grand Jury, of the crime of **ENTERPRISE CORRUPTION**, in violation of Penal Law Section 460.20[1][a], committed in the County of Queens and elsewhere, as follows:

The defendants, on or about and between August 31, 2004, and August 5, 2009, having knowledge of the existence of a Criminal Enterprise, to wit, an illegal gambling operation, and the nature of its activities, and being employed by and associated with that criminal enterprise, intentionally conducted and participated in the affairs of the criminal enterprise by participating in a pattern of criminal activity, as follows:

### THE CRIMINAL ENTERPRISE

At all times relevant to Count One:

1.    The defendants **JOSEPH J. FAFONE, ERIK HARP, MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, THOMAS FARLEY, ROBERT RASMUSSEN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA. GAIL HARRIS, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, JOSEPH CATALANOTTO, DAVID GOLDMAN, LOUIS CASSERO, ROBERT STAMPF, JOSEPH PONTARELLI, EDWARD LaROCCO, MATTHEW SCHMALACKER, PHILIP CESARIO, JOHN BOWLING, ROBERT WEHNERT, LOUIS TODISCO, ROBERT AGLIALORO, EDWARD KENNY, DAVID STRICKLAND, MICHAEL RIZZI, and JJF CONSULTING SERVICES, INC.**, along with other persons known and unknown, were members of an enterprise which shared a common purpose of engaging in criminal conduct, and were associated in a structure that was distinct from the pattern of criminal activity, in that each participant has a

-44-

specialized role within the gambling operation, and that had a continuity of existence, structure and criminal purpose beyond the scope of individual criminal incidents.

2.    The defendants were members and associates of an organization that operated an unlawful sports gambling enterprise, an organized criminal group that constituted a criminal enterprise as that term is defined in Penal Law Section 460.10 subsection 3.

### THE PURPOSE AND STRUCTURE OF THE CRIMINAL ENTERPRISE

1.    The common purpose of the members and associates of the gambling operation was to engage in criminal conduct and to acquire money illegally through the promotion of gambling activity, including wagers on sports.

2.    This gambling enterprise consisted of the following subjects who coordinated together in order to acquire money illegally through the promotion of gambling activity, mostly wagers on sports. Joseph J. Fafone and Erik Harp were the bookmakers of the operation and controlled the day to day operation of the gambling enterprise.    Andre Lepiz was the accountant, managing the financial figures, and Mike Sheridan was the main clerk, dealing with the day-to-day operations of the enterprise, in the offshore wireroom located in Panama.  Jerry Dicresce, Edward LaRocco, John Bowling, Robert Wehnert, David Strickland, and Michael Rizzi, were all master-agents in this operation who had agents underneath them.    Philip Cesario,  Louis  Cassero,  Robert  Stampf,  Joseph  Pontarelli,  Matthew Schmalacker, David Goldman, Jonathan Pianksy, Joseph Catalanotto, Andrew Berg, Robert Aglialoro, Louis Todisco, and Edward Kenny, were all agents in this operation who recruited bettors, maintained existing bettors, collected gambling losses and paid out winnings resulting from bets placed with the

enterprise. Joseph P. Fafone, Thomas Farley, Lester Klein, Louis Lippa, Amanda Mercer, Robert Rasmussen, and David Valerio were money collectors who distributed money amongst the participants of this enterprise and also held large amounts of money at the behest of the enterprise. Gail Harris, in addition to being a money collector, also finances the enterprise by loaning it large amounts of money. Lastly, JJF Consulting Services, Inc., is a shell company that Joseph J. Fafone established to launder gambling proceeds.

a. This gambling enterprise conducted this gambling business in the form of a sports gambling operation, as follows:

(i) Bets were accepted by this gambling operation on various sporting events, including professional and college basketball, football, hockey, and baseball, primarily through several toll-free numbers, accessible from telephones located in Queens County and elsewhere, and through an internet website, www.betallsportshere.com, which is accessible from computers connected to the Internet in Queens County and elsewhere. This Internet website and the toll free telephone numbers were managed by the bookmakers.

(ii) At various times relevant to this indictment Jerry Dicresce, Edward LaRocco, Robert Wehnert, Michael Rizzi, John Bowling, David Strickland, Philip Cesario, Louis Cassero, Robert Stampf, Joseph Pontarelli, Matthew Schmalacker, David Goldman, Jonathan Pianksy, Joseph Catalanotto, Andrew Berg, Robert Aglialoro, Louis Todisco, Joseph P. Fafone, and Edward Kenny, had master-agent, agent and/or bettor accounts in which bets were accepted.

(iii)   The main clerk, Mike Sheridan, oversaw the day-to-day operation of the offshore wireroom and dealt with the bookkeeping in regards to the various gambling accounts of the enterprise.   The accountant, Andre Lepiz, managed the different financial aspect of the operation and managed how much money the money collectors were holding at any given time.

(iv)   The bookmakers, Joseph J. Fafone and Erik Harp, constituted the ultimate decision making authority in this organization, and had the final say on disputes that arose due to accounting discrepancies between runners and the wire room.

(v)   At various times, relevant to the indictment, Joseph P. Fafone, Thomas Farley, Robert Rasmussen, Lester Klein, Louis Lippa, Amanda Mercer, and David Valerio, collected and/or distributed money consisting of gambling proceeds throughout the United States as well as to and from Panama.   Also, Gail Harris held large amounts of money for the enterprise and also loaned the enterprise money in furtherance of its' continuance.

### PATTERN OF CRIMINAL ACTIVITY

1.   During the period of these offenses, as indicated below, each of the defendants, with intent to participate in and advance the affairs of the criminal enterprise, engaged in conduct constituting, or was criminally liable for, three or more of the following criminal acts included within an established pattern of criminal activity:

## PATTERN ACT ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,  Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 12, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, and Robert Stampf**, acting in concert, *committed the crime* of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 14, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-48-

## PATTERN ACT THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 15, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 16, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 17, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 18, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.