## PATTERN ACT SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, Louis Cassero**, and Robert Stampf, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 20, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, Louis Cassero, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 21, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received -or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINE

The defendants, Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Andrew Berg, Jerry Dicresce, Louis Cassero, and Robert Stampf, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about March 22, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TEN

The defendants, Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Jerry Dicresce, and Robert Stampf, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about March 23, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ELEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky,   Jerry Dicresce, Louis Cassero, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 24, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWELVE

The defendants, **Joseph J. Fafone, Erik HArp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky,   Jerry Dicresce, Louis Cassero, and Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 25, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-53-

## PATTERN ACT THIRTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Lester Klein, Joseph P. Fafone, Amanda Mercer, Louis Lippa, David Valerio, Jonathan Piansky, Jerry Dicresce,** and **Robert Stampf**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 26, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FOURTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,   Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about **May 8, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTEEN

The defendants, Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about May 12, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTEEN

The defendants, Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about May 14, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 15, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 16, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, **Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 17, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than \$5,000.

## PATTERN ACT TWENTY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, **Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 18, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than \$5,000.

## PATTERN ACT TWENTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 19, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWENTY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 20, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-58-

## PATTERN ACT TWENTY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 21, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWENTY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 22, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWENTY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,  Jerry Dicresce,  Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 23, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWENTY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,  Jerry Dicresce,  Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley,  Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 24, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000

## PATTERN ACT TWENTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,  Jerry Dicresce,  Louis Cassero, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 25, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWENTY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,  Jerry Dicresce,  Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 26, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT TWENTY-NINE

The defendants, Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about May 27, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY

The defendants, Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Joseph Pontarelli, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about May 29, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Robert Stampf, **Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 30, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Robert Stampf, **Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 31, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **June 25, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, David Goldman, Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **June 26, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-64-

## PATTERN ACT THIRTY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,  Jerry Dicresce,  David Goldman, Louis Cassero, Robert Stampf, Thomas Farley,  Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **June 27, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,  Jerry Dicresce,  David Goldman, Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **June 28, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, David Goldman, Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, **Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **June 29, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Robert Stampf, Thomas Farley, **Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **June 30, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT THIRTY-NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, David Goldman, Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, **Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 1, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 2, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, **Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio,** acting in concert, committed the crime of **Promoting Gambling in the First Degree,** in violation of Penal Law section 225.10 sub 1, in that on or about **July 3, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, **Louis Cassero, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio,** acting in concert, committed the crime of **Promoting Gambling in the First Degree,** in violation of Penal Law section 225.10 sub 1, in that on or about **July 4, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 5, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, David Goldman, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 22, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Jerry Dicresce, David Goldman, Robert Stampf, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 23, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz,** Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 30, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa,** and **David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **October 7, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FORTY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **October 29, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-71-

## PATTERN ACT FORTY-NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **October 30, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **October 31, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 1, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 2, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-73-

## PATTERN ACT FIFTY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 3, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 4, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-74-

## PATTERN ACT FIFTY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph Catalanotto, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 5, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 22, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 25, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio,** acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 26, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT FIFTY-NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 29, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio,** acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 2, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward LaRocco, Matthew Schmalacker, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 3, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Louis Cassero, Robert Stampf, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 31, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of Promoting Gambling in the First Degree, in violation of Penal Law section 225.10 sub 1, in that on or about **January 1, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree,** in violation of Penal Law section 225.10 sub 1, in that on or about **January 2, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 5, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 6, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 7, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 12, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SIXTY-NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 27, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 28, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-82-

## PATTERN ACT SEVENTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa,** and **David Valerio,** acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 29, 2008,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa,** and **David Valerio,** acting in concert, committed the crime of **Promoting Gambling in the First Degree,** in violation of Penal Law section 225.10 sub 1, in that on or about **March 30, 2008,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **March 31, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **April 4, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jerry Dicresce, Robert Stampf, Philip Cesario, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **April 5, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio,** acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 14, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-85-

## PATTERN ACT SEVENTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **May 18, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 15, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT SEVENTY-NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 16, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 17, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 18, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 19, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 20, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 21, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 22, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 23, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 24, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 25, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT EIGHTY-NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 26, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, David Strickland, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **July 27, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, John Bowling, Robert Wehnert, Louis Todisco, Robert Aglialoro, Robert Rasmussen, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 4, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETY-TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, Louis Todisco, Robert Aglialoro, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 6, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-93-

## PATTERN ACT NINETY-THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, Louis Todisco, Robert Aglialoro, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 7, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETY-FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, John Bowling, Robert Wehnert, Louis Todisco, Robert Aglialoro, Robert Rasmussen,  Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 8, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-94-

## PATTERN ACT NINETY-FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, Louis Todisco, Robert Aglialoro, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 13, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETY-SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Robert Wehnert, Louis Todisco, Robert Aglialoro, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **September 14, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-95-

## PATTERN ACT NINETY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 26, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETY-EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 27, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT NINETY-NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 28, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 29, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **November 30, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED TWO

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 1, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED THREE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 2, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED FOUR

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 3, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED FIVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 4, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED SIX

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 5, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-100-