## PATTERN ACT ONE HUNDRED SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 6, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED EIGHT

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 7, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED NINE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 8, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED TEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Edward Kenny, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **December 9, 2008**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED ELEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 26, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED TWELVE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 27, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-103-

## PATTERN ACT ONE HUNDRED THIRTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 28, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED FOURTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 29, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED FIFTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 30, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED SIXTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **January 31, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED SEVENTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, John Bowling, Michael Rizzi, Robert Rasmussen, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **February 1, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED EIGHTEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **February 2, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

-106-

## PATTERN ACT ONE HUNDRED NINETEEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **February 3, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED TWENTY

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **February 4, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED TWENTY-ONE

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Michael Rizzi, Joseph P. Fafone, Amanda Mercer, Louis Lippa, and David Valerio**, acting in concert, committed the crime of **Promoting Gambling in the First Degree**, in violation of Penal Law section 225.10 sub 1, in that on or about **February 5, 2009**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than $5,000.

## PATTERN ACT ONE HUNDRED TWENTY-TWO

The defendants, **Joseph P. Fafone, Joseph J. Fafone, and Gail Harris**, acting in concert, committed the crime of **Money Laundering in the Fourth Degree**, in violation of Penal Law section 470.05(2)(a)(ii)(A)(b), in that on or about **August 20, 2008**, in the County of Queens and elsewhere, knowing that one or more monetary instruments represented the proceeds of criminal conduct, they transported, transmitted, or transferred on one or more occasions, monetary instruments which in fact represented the proceeds of specified criminal conduct, knowing that such transportation, transmittal, or transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of criminal conduct, and the total value of such monetary instruments exceeded $10,000.

-108-

## PATTERN ACT ONE HUNDRED TWENTY-THREE

The defendants, **Joseph P. Fafone, Joseph J. Fafone, and Gail Harris**, acting in concert, committed the crime of **Money Laundering in the Second Degree**, in violation of Penal Law Section 470.15 (3)(b)(i)(B)(ii), in that on or about **December 26, 2008**, in the County of Queens and elsewhere, they conducted one or more financial transactions involving property represented to be the proceeds of specified criminal conduct, or property represented to be property used to conduct or facilitate specified criminal conduct, with intent to, conceal or disguise the nature, the location, the source, the ownership, or the control of property, they believed to be the proceeds of specified criminal conduct and the total value of the property involved in such transactions exceeds $100,000.

## PATTERN ACT ONE HUNDRED TWENTY-FOUR

The defendants, **Joseph P. Fafone, Joseph J. Fafone, and Gail Harris**, acting in concert, committed the crime of **Money Laundering in the Second Degree**, in violation of Penal Law Section 470.15 (3)(b)(i)(B)(ii), in that on or about **February 23, 2009,** through on or about **February 28, 2009,** in the County of Queens and elsewhere, they conducted one or more financial transactions involving property represented to be the proceeds of specified criminal conduct, or property represented to be property used to conduct or facilitate specified criminal conduct, with intent to, conceal or disguise the nature, the location, the source, the ownership, or the control of property, they believed to be the proceeds of specified criminal conduct and the total value of the property involved in such transactions exceeds $100,000.

-109-

## PATTERN ACT ONE HUNDRED TWENTY-FIVE

The defendants, **Joseph P. Fafone, Joseph J. Fafone, and Gail Harris**, acting in concert, committed the crime of **Money Laundering in the Second Degree**, in violation of Penal Law Section 470.15 (3)(b)(i)(A)(ii), in that on or about **June 12, 2009,** through on or about **June 19, 2009,** in the County of Queens and elsewhere, they conducted one or more financial transactions involving property represented to be the proceeds of specified criminal conduct, or property represented to be property used to conduct or facilitate specified criminal conduct, with intent to, promote the carrying on of specified criminal conduct, and the total value of the property involved in such transactions exceeds $100,000.

## PATTERN ACT ONE HUNDRED TWENTY-SIX

The defendants, **Joseph P. Fafone, Joseph J. Fafone, and Gail Harris**, acting in concert, committed the crime of **Money Laundering in the Second Degree**, in violation of Penal Law Section 470.15 (3)(b)(i)(A)(ii), in that on or about **July 18, 2009,** in the County of Queens and elsewhere, they conducted one or more financial transactions involving property represented to be the proceeds of specified criminal conduct, or property represented to be property used to conduct or facilitate specified criminal conduct, with intent to, promote the carrying on of specified criminal conduct, and the total value of the property involved in such transactions exceeds $100,000.

-110-

## PATTERN ACT ONE HUNDRED TWENTY-SEVEN

The defendants, **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Andre Lepiz, Mike Sheridan, David Strickland, Jerry Dicresce, Joseph P. Fafone, Joseph Catalanotto, Edward Kenny, Robert Rasmussen, Amanda Mercer, Louis Lippa, David Valerio, John Bowling, Robert Wehnert, and Lester Klein**, acting in concert, committed the crime of **Money Laundering in the First Degree**, in violation of Penal Law Section 470.20(1)(b)(i)(A), in that on or about **August 31, 2004**, through on or about **September 17, 2009**, in the County of Queens and elsewhere, they, knowing that property involved in one or more financial transactions represented the proceeds of a class A, B, C, felony, or of a crime in any other jurisdiction that is or would be a class A, B, or C felony under the laws of this state, conducted one or more such financial transactions which in fact involved the proceeds of any such felony with intent to promote the carrying on of specified criminal conduct and the total value of the property involved in such financial transactions exceeded $1,000,000.

-111-

## PATTERN ACT ONE HUNDRED TWENTY-EIGHT

The defendants **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Mike Sheridan, Andre Lepiz, Jonathan Piansky, Andrew Berg, Jerry Dicresce, Joseph Catalanotto, David Goldman, Louis Cassero, Robert Stampf, Joseph Pontarelli, Edward LaRocco, Matthew Schmalacker, Philip Cesario, John Bowling, Robert Wehnert, Louis Todisco, Robert Aglialoro, Edward Kenny, David Strickland, Michael Rizzi, Lester Klein, Thomas Farley, Joseph P. Fafone, Amanda Mercer, Robert Rasmussen, Louis Lippa, and David Valerio,** committed the crime of **CONSPIRACY IN THE FIFTH DEGREE** in violation of Penal Law Section 105.05[1], in that, on or about and between **August 31, 2004, and September 17, 2009,** in the County of Queens and elsewhere, with intent that conduct constituting a felony, to wit: Promoting Gambling in the First Degree be performed, agreed with one or more persons to engage in or cause the performance of such conduct.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, and during the course thereof, the following overt acts, among others, were committed:

1. On February 7, 2007, Andy Berg met with an unknown individual at Aqueduct Racetrack, located in Queens County to exchange gambling proceeds.

2. On February 27, 2007, Jonathan Piansky met with Thomas Farley in the vicinity of 111th Street and Horace Harding Expressway, in Queens County, to exchange gambling proceeds.

3. On March 10, 2007, Thomas Farley and Joseph Catalanotto met in the vicinity of Francis Lewis Boulevard and Horace Harding Expressway, in Queens County, to exchange gambling proceeds.

4.  On May 7, 2007, Jerry Dicresce met Robert Stampf in the vicinity of 30-71 49th Street, in Queens County, to exchange gambling proceeds.

5.  On October 5, 2007, Matthew Schmalacker and Edward LaRocco met in the vicinity of South Middle Neck Road and Northern Boulevard, in Nassau County, to exchange gambling proceeds.

6.  On January 19, 2008, Philip Cesario met with an unknown male in the vicinity of 303 East 60th Street in New York County for the exchange of gambling proceeds.

7.  On March 24, 2008, Joseph J. Fafone and David Valerio met in the vicinity of 6226 Pheasants Crossing in Farmington, New York, for the exchange of gambling proceeds.

8.  On April 9, 2008, Joseph J. Fafone, Joseph P. Fafone, and an unknown male, met in the vicinity of 701 Lucerne Avenue in Lake Worth, Florida, to discuss the Fafone-Harp Gambling Operation.

9.  On June 26, 2008, Louis Todisco and Robert Aglialoro met in the vicinity of Francis Lewis Boulevard and Hollis Court, in Queens County, to exchange gambling proceeds.

10. On January 9, 2009, Robert Wehnert and Louis Lippa met in the vicinity of 246 Street and Union Turnpike, in Queens County to exchange gambling proceeds.

11. On January 13, 2009, Robert Wehnert and Michael Rizzi met in the vicinity of 69th Lane and Grand Avenue, in Queens County, to exchange gambling proceeds.

12. On March 21, 2008, Erik Harp and Joseph J. Fafone, discuss in an phone call their partnership of the Fafone-Harp Gambling Operation as well as a problem they were having with the technology the operation uses.

13. On July 21, 2009, Andre Lepiz, in a phone call, directs Amanda Mercer to send Erik Harp $30,000.

14. On December 1, 2008, Edward Kenny, in a phone call, discusses gambling proceeds that he owes to an unknown bettor.

15. On July 9, 2008, David Strickland speaks to Joseph J. Fafone, in a phone call about a gambling sheet that they are partners in.

16. On May 27, 2008, John Bowling and Robert Rasmussen, in a phone call, discuss how much money an unknown bettor owes them which Rasmussen will collect.

17. On January 22, 2007, Lester Klein, in a phone call, goes over the rundown of gambling proceeds with the offshore wireroom.

18. On September 4, 2007, David Goldman, in a phone call, tells an unknown bettor how much the bettor owes him.

19. On August 28, 2007, Louis Cassero, calls the wireroom to discuss a problem one of his bettors is having accessing the website.

20. On June 18, 2007, Joseph Pontarelli, in a phone call, discusses his bettors' figures with jerry Dicresce.

21. On April 17, 2008, Joseph J. Fafone explains to Mike Sheridan, in a phone call, how all of the different money collectors, master-agents, and agents work. Joseph J. Fafone also tells Sheridan that Sheridan will do all of the paperwork in the wireroom.

#### PATTERN ACT ONE HUNDRED TWENTY-NINE

The defendants **Joseph J. Fafone, Joseph P. Fafone, and Gail Harris**,

committed the crime of **Conspiracy in the Fifth Degree** in violation of Penal

Law Section 105.05, subsection 1, in that on or about and between **August**

**31, 2004, and September 17, 2009**, in the County of Queens and elsewhere,

with intent that conduct constituting a felony, to wit, Money Laundering in

the Second Degree be performed agreed with one or more persons to engage in

or cause the performance of such conduct.

#### OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof,

and during the course thereof, the following overt acts, among others, were

committed:

1. On July 18, 2009, Joseph P. Fafone and Joseph J. Fafone had a conversation wherein Joseph P. Fafone asks Joseph J. Fafone how much money he was supposed to obtain from Gail Harris and Joseph J, Fafone responds with a dollar amount of $150,000.

2. On July 18, 2009, Joseph P. Fafone calls Gail Harris and tells her that she was $20,000 off and she responds that she took that out because she needed it.

## PATTERN ACT ONE HUNDRED THIRTY

The defendants **Joseph J. Fafone, Erik Harp, JJF Consulting Services, Inc., Andre Lepiz, Mike Sheridan, David Strickland, Jerry Dicresce, Joseph P. Fafone, Joseph Catalanotto, Edward Kenny, Robert Rasmussen, Amanda Mercer, Louis Lippa, David Valerio, John Bowling, Robert Wehnert, and Lester Klein,** committed the crime of **Conspiracy in the Fifth Degree** in violation of Penal Law Section 105.05, subsection 1, in that on or about and between **August 31, 2004, and September 17, 2009**, in the County of Queens and elsewhere, with intent that conduct constituting a felony, to wit, Money Laundering in the First Degree be performed agreed with one or more persons to engage in or cause the performance of such conduct.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, and during the course thereof, the following overt acts, among others, were committed:

1.  On May 3, 2005, Joseph J. Fafone filed a certificate of Incorporation with the State of New York, Department of State listing the name and business address of Chief Executive Officer as Joseph J. Fafone, 6226 Pheasants Crossing, Farmington NY 14425. Furthermore, on April 29, 2009, Joseph J. Fafone filed a "Business Corporation Bieenial Statement" with the State of New York, Department of State for JJF Consulting Services, Inc., 6226 Pheasants Crossing, Farmington NY 14425.

2.  On August 19, 2009, Amanda Mercer gave Erik Harp $5,000 in gambling proceeds in the vicinity of Las Vegas, Nevada.

3.  On October 18, 2008, Louis Lippa met Robert Wehnert in New York County where Wehnert gave Lippa $100,000 in gambling proceeds.

4.  On June 3, 2008, John Bowling notifies Mike Sheridan, the main clerk in the wireroom, that in sum and substance that he picked up $500,000 in Las Vegas from Amanda Mercer and is on his way to meet Louis Lippa with it in Illinois.

5.  On May 19, 2008, Robert Rasmussen sent gambling proceeds consisting of $47,900, via Federal Express, to Joseph J. Fafone in Farmington, New York.

6.  On April 17, 2008, Joseph J. Fafone sent gambling proceeds consisting of $26,710, via Federal Express, from New York to Edward Kenny in Florida.

7.  On or about November 2, 2007, Joseph Catalanotto sent, via Federal Express, gambling proceeds, consisting of $4,000 to the offshore wireroom in Panama.

8.  On or about and between July 1, 2008, and July 2, 2008, Joseph P. Fafone, sent gambling proceeds, consisting of $9,300, from Florida, to a bettor in New York.

9.  On or about and between November 19, 2007 and November 20, 2007, Jerry Dicresce sent, via Federal Express, gambling proceeds consisting of $3,000, from New York to the offshore wireroom in Panama.

10. On January 12, 2006, an international money wire, consisting of gambling proceeds was sent from Blue Moon Overseas Corporation to David Strickland.

11. On March 24, 2008, Joseph J, Fafone, instructs Andre Lepiz to contact Fafone's tax attorney in New York in order to discuss a corporation he wants to set up, "IDM.'

-116-

## COUNT TWO

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, on or about **March 12, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THREE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 14, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-117-

## COUNT FOUR

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, AND ROBERT STAMPF**, of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 15, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FIVE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 16, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT SIX

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 17, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT SEVEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, AND ROBERT STAMPF**, of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 18, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-119-

## COUNT EIGHT

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, ROBERT STAMPF, AND LOUIS CASSERO**, of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 20, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-120-

## COUNT NINE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, ROBERT STAMPF, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 21, 2007,**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-121-

## COUNT TEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, ANDREW BERG, JERRY DICRESCE, ROBERT STAMPF, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 22, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT ELEVEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about March 23, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWELVE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, JERRY DICRESCE, ROBERT STAMPF, AND LOUIS CASSERO**, of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **March 24, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTEEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, JERRY DICRESCE, ROBERT STAMPF, AND LOUIS CASSERO, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known or unknown, on or about March 25, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FOURTEEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, LESTER KLEIN, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, JONATHAN PIANSKY, JERRY DICRESCE, AND ROBERT STAMPF, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about March 26, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-124-

## COUNT FIFTEEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, LOUIS CASSERO, AND JOSEPH PONTARELLI,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 8, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT SIXTEEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ,, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, AND JOSEPH PONTARELLI,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 12, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-125-

## COUNT SEVENTEEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 14, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT EIGHTEEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, AND, ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 15, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT NINETEEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 16, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-128-

## COUNT TWENTY

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about May 17, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-129-

## COUNT TWENTY-ONE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 18, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWENTY-TWO

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 19, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWENTY-THREE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 20, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWENTY-FOUR

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, AND JOSEPH PONTARELLI,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 21, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWENTY-FIVE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, AND JOSEPH PONTARELLI,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 22, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWENTY-SIX

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 23, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWENTY-SEVEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 24, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT TWENTY-EIGHT

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, JOSEPH PONTARELLI, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 25, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-136-

## COUNT TWENTY-NINE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, AND JOSEPH PONTARELLI, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about May 26, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, AND JOSEPH PONTARELLI, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about May 27, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-ONE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, AND JOSEPH PONTARELLI,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 29, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-TWO

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 30, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-THREE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **May 31, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-FOUR

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, ROBERT STAMPF, AND LOUIS CASSERO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **June 25, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-FIVE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, DAVID GOLDMAN, LOUIS CASSERO, AND ROBERT STAMPF, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about June 26, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-SIX

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, DAVID GOLDMAN, LOUIS CASSERO, AND ROBERT STAMPF, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about June 27, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-SEVEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, DAVID GOLDMAN, LOUIS CASSERO, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **June 28, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT THIRTY-EIGHT

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, DAVID GOLDMAN, LOUIS CASSERO, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **June 29, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-141-

## COUNT THIRTY-NINE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **June 30, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, DAVID GOLDMAN, LOUIS CASSERO, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **July 1, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-ONE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, LOUIS CASSERO, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **July 2, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-TWO

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, LOUIS CASSERO, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **July 3, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-THREE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, LOUIS CASSERO, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **July 4, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-FOUR

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **July 5, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-FIVE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, DAVID GOLDMAN, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **September 22, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-SIX

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, JERRY DICRESCE, DAVID GOLDMAN, AND ROBERT STAMPF,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **September 23, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-SEVEN

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, EDWARD LaROCCO, AND MATTHEW SCHMALACKER, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about September 30, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FORTY-EIGHT

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, THOMAS FARLEY, EDWARD LaROCCO, AND MATTHEW SCHMALACKER, of the crime of PROMOTING GAMBLING IN THE FIRST DEGREE in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about October 7, 2007, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-146-

## COUNT FORTY-NINE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **October 29, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FIFTY

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **October 30, 2007,** in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-147-

## COUNT FIFTY-ONE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **October 31, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FIFTY-TWO

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **November 1, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

-148-

## COUNT FIFTY-THREE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **November 2, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FIFTY-FOUR

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **November 3, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FIFTY-FIVE

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **November 4, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.

## COUNT FIFTY-SIX

THE GRAND JURY OF THE COUNTY OF QUEENS, by this indictment, accuses the defendants, **JOSEPH J. FAFONE, ERIK HARP, JJF CONSULTING SERVICES, INC., MIKE SHERIDAN, ANDRE LEPIZ, JOSEPH P. FAFONE, AMANDA MERCER, LOUIS LIPPA, DAVID VALERIO, AND JOSEPH CATALANOTTO,** of the crime of **PROMOTING GAMBLING IN THE FIRST DEGREE** in violation of Penal Law Section 225.10[1], committed as follows:

Defendants, each aiding the others and acting in concert with other persons, known and unknown, on or about **November 5, 2007**, in the County of Queens and elsewhere, they knowingly advanced and profited from unlawful gambling activity by engaging in bookmaking to the extent that they received or accepted on that date more than five bets totaling more than five thousand dollars.