```
 2  SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF QUEENS:  CRIMINAL TERM, PART TAP C
 3  ---------------------------------------X
    THE PEOPLE OF THE STATE OF NEW YORK,
 4                                              Ind. No.
                                                2146/09
 5          -against-
                                                Sentence
 6  MICHAEL RIZZI,

 7                     Defendant.
    ---------------------------------------X
 8
                                    May 22, 2012
 9                                  Queens Supreme Court
                                    125-01 Queens Boulevard
10                                  Kew Gardens, New York 11415

11  B E F O R E :
            HONORABLE ROBERT C. MCGANN,
12                       JUSTICE

13
    A P P E A R A N C E S :
14
    For the People:
15
        RICHARD A. BROWN, ESQ.
16      District Attorney, Queens County
        BY: CHRISTINE MALONEY, ESQ.
17      Assistant District Attorney

18
    For the Defendant:
19
        CHAD SEIGEL, ESQ. - Pvt.
20

21

22

23

24                                  MICHELE PANTELOUKAS
                                    Senior Court Reporter
25

26
```

mlp

                                                                    2
1                          Proceedings
2              COURT CLERK:  Number one on the calendar,
3    indictment 2146 of 2009, People versus Michael Rizzi.
4              MS. MALONEY:  Christine Maloney for the People.
5              MR. SEIGEL:  For Michael Rizzi, Chad Seigel,
6    S-E-I-G-E-L.
7              This matter is on for sentencing for today and it
8    was adjourned, it was put over from October 22 when the
9    defendant plead in front of you under count 112 to the
10   lesser included offense, promoting gambling in the second
11   degree, the A misdemeanor.
12             The defendant then was put on a monitoring
13   bracelet and it was put over for today.  And there was a
14   representative from Doug Knight's office here, the defendant
15   has been successful on the bracelet and at this time that's
16   the report for the Court.
17             THE COURT:  Well, yes.  Now, the point is are you
18   moving the sentence of the defendant?
19             MS. MALONEY:  Yes, we are, Your Honor.
20             THE COURT:  And the bracelet is no longer a
21   condition?
22             MS. MALONEY:  That's correct, Your Honor.
23             THE COURT:  So whatever has to be done regarding
24   that will be done.
25             MS. MALONEY:  That's correct.
26             And Your Honor, the only outstanding thing is I

                               mlp

```
                                                                3
 1                           Proceedings
 2        have a forfeiture agreement that was put on the record, but
 3        I have the paper today.  It was --
 4                 THE COURT:  Has it been executed?
 5                 MS. MALONEY:  Yes, it has, Your Honor.  And just
 6        for the record the amount is $8,021.
 7                 THE COURT:  It has been executed?
 8                 MS. MALONEY:  Yes.
 9                 THE COURT:  That will be made a part of the court
10        record.
11                 People move the sentence of defendant?
12                 MS. MALONEY:  Yes, Your Honor.
13                 THE COURT:  Counsel, is the defendant ready for
14        sentence?
15                 MR. SEIGEL:  He is, Your Honor.
16                 THE COURT:  I have in front of me a forfeiture
17        agreement.  And Mr. Rizzi, is this your signature?
18                 THE DEFENDANT:  Yes, sir.
19                 THE COURT:  And Counsel, it has been signed by
20        counsel?
21                 MR. SEIGEL:  It has, Your Honor.
22                 THE COURT:  I am satisfied the forfeiture has been
23        duly entered into, and it is approved by the Court as a
24        precondition for the agreed upon plea and sentence.
25                 Anything further to say on your client's behalf?
26                 MR. SEIGEL:  No, Your Honor.  We simply ask that
```

4

1                       Proceedings

2     the Court adhere to the promised offer of the conditional

3     discharge, given that he has been fully compliant with his

4     electronic monitoring.

5          THE COURT:  Anything to say before I sentence you,

6     Mr. Rizzi?

7          THE DEFENDANT:  No, sir.

8          THE COURT:  Sentence is a conditional discharge.

9          Surcharge imposed on or before the 61st day.

10         The People acknowledge the GPS bracelet is no

11    longer required.

12         MS. MALONEY:  That's correct, Your Honor.

13         COURT CLERK:  He has to sign paperwork.

14             *         *         *

15 CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT OF THE ORIGINAL

16 STENOGRAPHIC MINUTES IN THIS CASE.

17                            _____

18                            MICHELE PANTELOUKAS

19                            SENIOR COURT REPORTER

20

21

22

23

24

25

26