```
SUPREME COURT OF THE STATE OF NEW YORK        FEE:$10.00
                   QUEENS COUNTY
              125-01 QUEENS BOULEVARD
              KEW GARDENS, NY 11415


              CERTIFICATE OF DISPOSITION INDICTMENT
```

DATE: 08/07/2012                  CERTIFICATE OF DISPOSITION NUMBER: 31485

PEOPLE OF THE STATE OF NEW YORK   CASE NUMBER:              02146-2009
            VS.                   LOWER COURT NUMBER(S):
                                  DATE OF ARREST:           10/21/2009
                                  ARREST #:                 K09699590
                                  DATE OF BIRTH:            08/23/1971
RIZZI,MICHAEL                     DATE FILED:               10/15/2009
_____
            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 11/22/2011 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  MCGANN,R THEN A
JUSTICE OF THIS COURT.

PROMOTING GAMBLING 2nd DEGREE PL  225.05 00 AM

THAT ON 05/22/2012, UPON THE AFORESAID CONVICTION BY PLEA  THE HONORABLE
MCGANN,R  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

PROMOTING GAMBLING 2nd DEGREE PL  225.05 00 AM
CONDITIONAL DISCHARGE = 1 YEAR(S)


CVAF = $20 (PAID)
SURCHARGE = $140 (PAID)



IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 08/07/2012.

                                       QUEENS COUNTY CLERK
                                       _____
                                              COURT CLERK

NEW YORK STATE SUPREME COURT
Queens County, Part __TQPC__

CONDITIONS OF
CONDITIONAL DISCHARGE
410.10 CPL - 65.10 PL

| THE PEOPLE OF THE STATE OF NEW YORK VS. |
|---|
| Michael Rizzi |

| SEX | AGE | NYSID NUMBER |
|---|---|---|
| M | 8-23-71 | 689-8585L |

Ind. No. __2146-09__
Date: __5-22-12__
Hon: __McGann__
Court Reporter: __Pantelouvkas__

The above named defendant having been  T 112

☒ convicted of the crime of __prom gamb 2° 225.05 A/4__

☐ found to be a youthful offender for the criminal act of _____

in the criminal action entitled above
and having been sentenced to:

☐ a _____ term of imprisonment, and to

☐ a __1__ year period of Conditional Discharge, unless terminated sooner in accordance with the Criminal Procedure Law. __to expire 5/21/13__

☐ and to pay a fine in the amount of $ _____       ☒ a surcharge of $ __140__ or serve a term of _____ days.

☒ a Crime Victim Assistance Fee of $ __20__   by 7/23/12

it is **ORDERED**, that during the period of Conditional Discharge the defendant shall comply with the following conditions and any other conditions which the Court may impose at any time prior to the expiration or termination of the period of Conditional Discharge.

1. Lead a law - abiding life. Not violate any federal, state, or local law.
2. Refrain from frequenting unlawful or disreputable places.
3. Refrain from consorting with disreputable persons.
4. Keep reasonable hours.
5. Avoid injurious or vicious habits.
6. Refrain from the use of illegal drugs.
7. Refrain from the excessive use of alcoholic beverages.
8. Work faithfully at a suitable employment or Pursue a course of study or of vocational training.
9. Support his/her dependents and meet all other family responsibilities.
10. ☐ Pay the fine imposed     ☐ Make restitution     ☐ Make reparation

   in the amount of _____

   in the following manner: _____

HON. ROBERT C. McGANN
Justice of the Supreme Court of the State of New York

ACKNOWLEDGMENT

I have this day received a copy of the Conditionals of the Sentence of Conditional Discharge.
I have read or have had read to me the Conditionals of the Sentence of Conditional Discharge.
I understand the Conditions and do hereby agree to comply with them.
I understand that the Court may, at any time prior to the expiration or termination of the period of Conditional Discharge, modify or enlarge the conditions or, if I commit an additional offense, other than a traffic violation, or violate a condition, revoke the sentence of Conditional Discharge.

Defendant (Signature)

__2045 41 St Street, Brooklyn, NY 11211__
(Address)

Dated: __5-22-12__ City of New York

Witness (Court Clerk) (Signature)

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**
Payment Receipt: 41500

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br>against<br>MICHAEL RIZZI<br>Account#: 36827   Defendant | Indictment: 2146-09<br>Part: TAP-C<br>Honorable: MCGANN<br>Assessed: May 22, 2012 |

| ASSESSMENT DESCRIPTION | ASSESSED | PAID | BALANCE |
|---|---|---|---|
| 01. City Fine | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 02. Felony Surcharge | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 03. Misdemeanor Surcharge | Assessed:$140.00 | Paid:$140.00 | Balance:$0.00 |
| 04. Violation Surcharge | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 05. Crime Victim Fee | Assessed:$20.00 | Paid:$20.00 | Balance:$0.00 |
| 06. DWI Fine | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 07. DNA Registration Fee | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 08. Sex Offender Registration Fee | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 09. Supplemental Sex Offender Victim Fee | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 10. VTL-1192 Special Surcharge | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 11. DWI Felony Surcharge | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 12. DWI Misdemeanor Surcharge | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 13. DWI Infraction Surcharge | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 14. VTL Felony Surcharge | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 15. VTL Misdem./Infract./Violation Sur | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| 16. VTL Termination Suspension Fee | Assessed:$0.00 | Paid:$0.00 | Balance:$0.00 |
| **GRAND TOTALS** | **Assessed:$160.00** | **Paid:$160.00** | **Balance:$0.00** |

Today's Payment:$160.00
* * * * ASSESSMENT PAID IN FULL * * * *

Regarding the above entitled matter, received $160.00 by CASH, in payment of assessed charges. Balance to be paid on/or before .

Clerk [ JC ]  Signature: _____  Title: _____  Date Paid: 05/22/2012