UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 4/26/17         TIME: 10:13-11:45

CRIMINAL CAUSE FOR: Sentencing Conference

DOCKET #: CR16-00342

DEFENDANT: Michael Rizzi- b            ATTORNEY: Javier Solano, Esq.
                                                  Michael Kushner, Esq.

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

ASSISTANT U.S. ATTORNEY: Jennifer Sasso, Robert Polemeni

COURT REPORTER: Holly Driscoll

INTERPRETER:

PROBATION OFFICER: Patricia Sullivan

PRETRIAL OFFICERS:                      DEPUTY: **V. Holley**

Court advises parties of issue regarding dft's conspiracy portion of his allocution before USMJ.
Argument heard. Dft's does not seek to withdraw his guilty plea.
Dft sworn. Supplemental allocution accepted by the Court.
Court adopts recommendation of USMJ CLP to accept g/p.
Guideline arguments heard.
Sentencing adjourned to 5/4/17 at 10:00.