## CRIMINAL CAUSE FOR SENTENCING

Before: **AMON, J.**   Date: 5/4/17   Time: 10:09-10:38   Docket #: CR16-00342

Defendant: Michael Rizzi- b         Attorney: Javier Solano, Esq.
                                              Michael Kushner

Court Reporter/ESR: Stacy Mace      AUSA: **Jennifer Sasso**
                                          **Robert Polemini**

Probation Officer: Patricia Sullivan   Interpreter:

Pretrial Officer:                      Deputy Clerk: **V. Holley**

---

____✓____ Case Called

_____ Sentencing adjourned to

____✓____ Sentencing held

____✓____ Statements of defendant and counsel heard

____✓____ Defendant sentenced on counts __2__
          of the (~~Superseding~~) Indictment/Information

____✓____ Remaining open counts dismissed: (Ct 1)

          _____ on Court's motion         ____✓____ on Government's motion

____✓____ Court advised defendant of right to appeal

_____ Clerk to file Notice of Appeal in forma pauperis for defendant

_____ Defendant remanded       _____ Defendant to remain on bail
                                              pending determination of appeal

### FULL TEXT OF SENTENCE

Dft committed to custody of BOP for 15 mos followed by 3 yrs s/r.
Special conditions: 4 mos monitored home detention; comply with Forfeiture Order; general search condition; computer monitoring.
$1,000 fine imposed. Dft required to pay $100 s/a pursuant to 18:3013.
Dft Ordered to surrender to designated institution by noon on August 1, 2017.
Dft advised that current bond conditions remain in effect until his surrender date.