Case 1:16-cr-00342-CBA Document 49 Filed 05/22/17 Page 1 of 1 PageID #: 465

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 19, 2017 11:10:10 AM EDT | 17185044630 | 57 | 1 | Received |

To: Honorable Carol B Amon  Page 1 of 1    2017-05-19 15:09:10 (GMT)    17185044630 From: Michael Kushner



# Law Offices of Javier A. Solano, PLLC
The Empire State Building
350 Fifth Avenue, Suite 5900
New York, N.Y. 10118
JSolano@SolanoLegal.com
www.SolanoLegal.com

Tel. (212) 714-6600    Fax (718) 307-6490

RECEIVED
IN CHAMBERS OF
HON. CAROL B. AMON
MAY 19 2017

May 19, 2017

**By Fax – 718-613-2416**
Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted*
*So Ordered*
(s/ Carol Bagley Amon)
5/19/17

Re: <u>United States v. Michael Rizzi</u>; 16-cr-342 (CBA)

Your Honor,

      This office represents Michael Rizzi in connection with the above-referenced matter. Mr. Rizzi is currently on pretrial release – one of the terms of which requires him to remain within the confines of the Southern and Eastern Districts of New York. The purpose of this letter to respectfully request the Court's permission to modify the terms of this condition to permit Mr. Rizzi to go to Miami, Florida from May 29, 2017 through June 6, 2017. Mr. Rizzi will be travelling via airplane and intends to stay at the W Hotel in Fort Lauderdale, Florida. The purpose of this trip is to attend to a work-related tradeshow. I have conferred with pre-trial services Officer Daisy Toscano who has indicated that Mr. Rizzi has been compliant with all of the terms of his release thus far and therefore pretrial consents to this request. I have also conferred with AUSA Jennifer Sasso who has indicated that she does not oppose this request as long as Mr. Rizzi "follows any conditions set by pretrial as to the trip". I thank the Court for its attention and consideration to this request.

Respectfully submitted,

Michael P. Kushner, Esq.
*Of Counsel*

Cc:  A.U.S.A. Jennifer Sasso (via Email)
     U.S.P.T.O. Daisy Toscano (via Facsimile – 718-613-2568)