

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPTS AND RETURNS

| PLANTIFF United States of America | COURT CASE NUMBER 16-CR-342 (CBA) |
|---|---|
| DEFENDANT Michael Rizzi | TYPE OF PROCESS Amended Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
58 Websites

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY - EDNY
271 Cadman Plaza East - 7th Floor
Brooklyn, NY 11201
ATTN: Maritza Arroyo, FSA Supervisor

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please execute the Amended Final Order of Forfeiture dated April 3, 2017 and dispose of the seized websites in accordance with all applicable laws and regulations.

CATS ID: 16-ICE-000912
FP&F #"s: (See Attached Rider)

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant
*Claire S. Kedeshian by MA*
TELEPHONE NO. 718-254-6051
DATE 6/6/17

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.
*J. Castro  6/20/17*

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE | TIME OF SERVICE | [ ] AM [ ] PM
SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS: *As per above order, seized websites disposed of as required on 6/20/17.*

**United States v. Michael Rizzi**
*16-CR-0342 (CBA)*

| **Website Names:** | **FP&F Case #** |
| --- | --- |
| 1. 855girlnyc.com | 2016-1001-000552-01 |
| 2. 855girlsny.com | 2016-1001-000553-01 |
| 3. alistcompanions.com | 2016-1001-000554-01 |
| 4. allamericanmodels.com | 2016-1001-000555-01 |
| 5. alluringcompanions.com | 2016-1001-000556-01 |
| 6. atlanticcitymodels.com | 2016-1001-000557-01 |
| 7. bachelorpartiesnyc.net | 2016-1001-000558-01 |
| 8. champagnemodels.com | 2016-1001-000559-01 |
| 9. companionsdeluxe.com | 2016-1001-000560-01 |
| 10. couplescompanions.com | 2016-1001-000561-01 |
| 11. eliteescortsatlanta.com | 2016-1001-000562-01 |
| 12. eliteescortschicago.com | 2016-1001-000563-01 |
| 13. eliteescortsla.com | 2016-1001-000564-01 |
| 14. eliteescortslasvegas.com | 2016-1001-000565-01 |
| 15. eliteescortslosangeles.com | 2016-1001-000566-01 |
| 16. elite-escortsmiami.com | 2016-1001-000567-01 |
| 17. eliteescortsnyc.com | 2016-1001-000568-01 |
| 18. eliteescortsphiladelphia.com | 2016-1001-000569-01 |
| 19. elitemodelsmiami.com | 2016-1001-000570-01 |
| 20. enchantingcompanions.com | 2016-1001-000571-01 |
| 21. escortnyc1.com | 2016-1001-000572-01 |
| 22. escortnycmodels.com | 2016-1001-000573-01 |
| 23. escorts-in-nyc.com | 2016-1001-000574-01 |
| 24. escortsnewyork.net | 2016-1001-000575-01 |
| 25. escortsnyc.net | 2016-1001-000576-01 |
| 26. escortsupermodelsnyc.com | 2016-1001-000577-01 |
| 27. executiveescortsnyc.com | 2016-1001-000578-01 |
| 28. flygirlsnyc.com | 2016-1001-000579-01 |
| 29. getsweetlucy.com | 2016-1001-000580-01 |
| 30. heavenlycompanions.com | 2016-1001-000581-01 |
| 31. hotmodelsnyc.com | 2016-1001-000582-01 |
| 32. iconcompanions.com | 2016-1001-000583-01 |
| 33. iconcompanionsnyc.com | 2016-1001-000584-01 |
| 34. janeblow.com | 2016-1001-000585-01 |
| 35. lovelycompanions.com | 2016-1001-000586-01 |
| 36. lusciouscompanions.com | 2016-1001-000587-01 |
| 37. lushplaymates.com | 2016-1001-000588-01 |
| 38. majesticmodelsnyc.com | 2016-1001-000589-01 |
| 39. manhattanpromoservice.com | 2016-1001-000590-01 |
| 40. manhattansupermodels.com | 2016-1001-000591-01 |
| 41. nycdreamgirls.com | 2016-1001-000592-01 |
| 42. nycescort1.com | 2016-1001-000593-01 |
| 43. nycescortsnyc.com | 2016-1001-000594-01 |

**United States v. Michael Rizzi**
*16-CR-0342 (CBA)*

| **Website Names:** | **FP&F Case #** |
|---|---|
| 44. nypoo.com | 2016-1001-000595-01 |
| 45. perfect10club.com | 2016-1001-000596-01 |
| 46. pincubine.com | 2016-1001-000597-01 |
| 47. plushplaymates.com | 2016-1001-000598-01 |
| 48. poodenda.com | 2016-1001-000599-01 |
| 49. pureplaymates.com | 2016-1001-000600-01 |
| 50. selectmodelsnyc.com | 2016-1001-000601-01 |
| 51. shamelessmodels.com | 2016-1001-000602-01 |
| 52. solidgoldmodels.com | 2016-1001-000603-01 |
| 53. sublimecompanions.com | 2016-1001-000604-01 |
| 54. superbcompanions.com | 2016-1001-000605-01 |
| 55. supermodelsnyc.com | 2016-1001-000606-01 |
| 56. theescortapp.com | 2016-1001-000607-01 |
| 57. vip-escorts-nyc.com | 2016-1001-000608-01 |
| 58. world-classmodels.com | 2016-1001-000609-01 |