UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**
\* AMENDED

DATED: *12/13/19                    TIME: 10:12 (25 min)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: *CR16-00342

DEFENDANT: Michael Rizzi- b (Pro Se)        ATTORNEY:
DEFENDANT:                                  ATTORNEY:

ASSISTANT U.S. ATTORNEY: Jennifer Sasso

COURT REPORTER: Snthonyn Frisolone

PROBATION OFFICER: Michael Imrek            INTERPRETER:

PRETRIAL OFFICERS:                          DEPUTY: **V. Holley**

Atty Javier Solano present, however, Court allows defendant to proceed *pro se*.
Conference held regarding defendant's request to be removed from computer monitoring.
Court deems this condition of release reasonable.
Application denied.